# U.S. District Court Eastern District of Kentucky

# Civil Case Assignment

Case number **2:11-CV-165**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 08/18/2011

[ Request New Judge ]