# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | **MOTION FOR ADMISSION** |
| ST. ELIZABETH HEALTHCARE | : | **PRO HAC VICE** |
| | : | |
| Defendant. | : | |

Now comes counsel for Plaintiff and hereby moves this Court for an Order admitting counsel's associate, Katherine Daughtrey Neff, to practice before this Court in this litigation. The reasons for the motion are fully contained in the attached Memorandum in Support.

Respectfully submitted,

/s/ Randolph H. Freking
Randolph H. Freking (23509)
Trial Attorney for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*randy@frekingandbetz.com*

**MEMORANDUM IN SUPPORT**

Plaintiff's counsel seeks the admission of Katherine Daughtrey Neff *pro hac vice* for purposes of representing Plaintiff in this Court.  Ms. Neff is an associate in counsel's office.  As stated in the attached Affidavit of Katherine Daughtrey Neff, she is licensed to practice and is a member in good standing in the State of Ohio and the United States District Court for the Southern District of Ohio, and she agrees to be subject to the Jurisdiction and Rules of the Kentucky Supreme Court and the United States District Court for the Eastern District of Kentucky governing professional conduct.  Finally, tendered with this motion is the requested fee.

Therefore, for the reasons contained herein, counsel respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Randolph H. Freking
Randolph H. Freking (23509)
Trial Attorney for Plaintiff
Freking & Betz, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio  45202
Phone:  (513) 721-1975/Fax:  (513) 651-2570
randy@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Randolph H.  Freking