UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| ROBERT LEHMAN | : Case No. 2:11-cv-00165 |
| | : Judge Bertelsman |
| Plaintiff, | : Mag. J. Wehrman |
| | : |
| vs. | : |
| | : |
| ST. ELIZABETH HEALTHCARE | : **AFFIDAVIT OF KATHERINE** |
| | : **DAUGHTREY NEFF** |
| Defendant. | : |

I, Katherine Daughtrey Neff, having first been duly cautioned and sworn, state as follows:

1. I was admitted to practice in the State of Ohio on November 5, 2007, and am a member in good standing of the Bar of Ohio. My Ohio Supreme Court registration number is 0082245.

2. I was admitted to practice in the United States District Court for the Southern District of Ohio on January 23, 2008 as Katherine D. Daughtrey.

3. I was married on October 16, 2010 and now practice under the name Katherine Daughtrey Neff. A copy of my attorney registration with the Supreme Court of Ohio is attached.

4. I completed training for filing in the Court's electronic filing system in the Southern District of Ohio.

5. I agree to be subject to the Jurisdiction and Rules of the Kentucky Supreme Court and the United States District Court for the Eastern District of Kentucky governing professional conduct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KATHERINE DAUGHTREY NEFF

Sworn to before me, a Notary Public, this 31st day of August, 2011.

_____
Notary Public

JORDAN NEFF
Notary Public, State of Ohio
My Commission Expires 08-14-2016

2