# Attorney Information

The address and telephone information found in this listing has been provided to the office of Attorney Services by the attorney. The directory lists an attorney's business address. An attorney's residence address is displayed **only** if the attorney has not provided a valid business address. See, **Gov. Bar R. VI, Sec. 1(G)**. "Invalid" next to the address indicates that mail sent to this address has been returned as undeliverable or that the attorney has not provided a complete mailing address. Also note that the record displays the attorney's current name on file in our records. If you believe any information listed below is incorrect, please **click here** for instructions

| | |
|---|---|
| Current Name: | **Katherine Daughtrey Neff** |

| | | | |
|---|---|---|---|
| Current Registration: | **Active** | **See Definitions below** | |
| Ohio Admission: | 11/05/2007 | Discipline and Sanction History: | **No** |
| Registration Number: | 0082245 | | |

| | |
|---|---|
| Attorney Title: | Associate Attorney |
| Office: | Freking & Betz, LLC |
| Employer Address: | 525 Vine Street, 6th Floor |
| | Cincinnati, OH   45202 |
| Office Phone: | 513-721-1975 |

| | |
|---|---|
| Law School: | University of Cincinnati |
| How Admitted: | By Exam |

[ CLE Enforcement ]          [ Discipline or Sanction History ]
[ New Search ]               [ Previous Search List ]

Questions or Comments:   **Office of Attorney Services**, 614.387.9320

## DEFINITIONS

**Active**
Active attorneys may practice law in Ohio, assuming all other requirements are met.
**Inactive**
Inactive attorneys may not practice law in Ohio or hold themselves out as authorized to practice law in Ohio. See, **Gov. Bar R. VI, Sec. 2.**
**Retired**
Attorneys registered for retired status must have been at least 65 years old at the time of their retired registration. Retired attorneys may not practice law in Ohio or hold themselves out as authorized to practice law in Ohio. See, **Gov. Bar R. I, former Sec. 3.** Retired registration status is no longer available as a registration status,

effective September 1, 2007.

**Corporate**
Corporate status is available to attorneys not admitted to practice law in Ohio who are employed full-time by a non-governmental Ohio employer. See, **Gov. Bar R. VI, Sec. 3.**

**Certified**
A certified attorney is not admitted to practice in Ohio but is temporarily certified to practice law for a legal service or public defender program. See, **Gov. Bar R. IX** or contact the **Bar Admissions Office** (614.387.9340).

**Foreign Legal Consultant**
A foreign legal consultant is admitted to practice in a foreign country but not in Ohio and is authorized to provide limited legal services in Ohio. See, **Gov. Bar R. XI** or contact the **Bar Admissions Office** (614.387.9340).

**Ex-Corporate**
Person previously registered for corporate status.

**Ex-Certified**
Person previously certified pursuant to **Gov. Bar R. IX.**

**Ex-Foreign Legal Consultant**
Person previously certified as a foreign legal consultant pursuant to **Gov. Bar R. XI.**

**Not Registered**
Refers to an attorney who is not registered with the office of Attorney Services in accordance with **Gov. Bar R. VI.**

**Not Required**
Refers to an attorney who is not required to register with the office of Attorney Services. Please contact the **office of Attorney Services** at 614.387.9320 for additional information.