UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | |
| ST. ELIZABETH HEALTHCARE | : | |
| | : | |
| Defendant. | : | |

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF KATHERINE DAUGHTREY NEFF, ESQ.

This matter is before the Court on a motion by Randolph H. Freking, Esq., for admission *Pro Hac Vice* of Katherine Daughtrey Neff, Esq., as co-counsel for Plaintiff Robert Lehman. The Court finds the motion to be well taken and hereby GRANTS Katherine Daughtrey Neff, Esq. leave to appear *Pro Hac Vice* in this action as co-counsel for Plaintiff Robert Lehman.

Judge William O. Bertelsman