UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                                                       PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                                                DEFENDANT

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, any non-governmental corporate party to a proceeding must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant, St. Elizabeth Healthcare.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

__ Yes    **X** No

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

____Yes    **X** No

/s/Robert M. Hoffer                                        October 10, 2011
_____                          _____
Counsel for Defendant                                  Date
St. Elizabeth Healthcare

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing Corporate Disclosure Statement was filed and served via the Court's electronic filing system this 10th day of October, 2011 upon the following:

Randolph H. Freking
Freking & Betz, LLC
525 Vine St., Sixth Floor
Cincinnati, OH 45202

                                      /s/ Robert M. Hoffer

298712v1