UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 11cv165-WOB-JGW

ROBERT LEHMAN                                                                    PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                              DEFENDANT

### JOINT REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a planning meeting was held between Kelly Schoening for Defendant, St. Elizabeth Healthcare ("SEHC"), and Katherine Daugherty Neff for Plaintiff, Robert Lehman. The parties agree to the following:

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by December 29, 2011.

2. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

    A. Discovery will need to be conducted on all issues raised in the pleadings without limitation in scope or subject matter. Neither party is waiving the right to object to requested discovery that goes beyond the scope of the Federal Rules of Civil Procedure. The parties will exchange written discovery and documents and will take depositions of fact and/or expert witnesses.

    B. Disclosure or discovery of electronically stored information should be handled as follows: As part of their initial disclosures, the parties shall disclose the method of storage of all ESI pertinent to the claims and defenses in this matter, as presently plead. The parties will then agree upon the format by which that ESI will be produced.

    C. The parties have agreed that all documents that are protected by the attorney-client privilege and/or work product doctrine shall be listed on a privilege log, which shall set forth the date of the document, the names of the sender and recipient, and a brief summary of the contents of the

    document. Such logs will be provided to the opposing party. The parties will attempt to resolve any disagreements as to the designation of any particular document as privileged, and if unable to do so, will provide the documents at issue to the Court for an *in camera* review and ruling.

D.     All discovery shall be completed by July 31, 2012.

E.     Each party shall be limited to 25 interrogatories, and responses to the same shall be due within 30 days of service.

F.     Each party shall be limited to 25 requests for admission, and responses to the same shall be due within 30 days of service.

G.     Reports from experts under Rule 26(a)(2) shall be due as follows: Plaintiff's expert reports shall be due by April 30, 2012; Defendant's expert reports shall be due by May 31, 2012; any rebuttal expert report shall be due by June 30, 2012.

H.     Discovery deadline for expert witnesses shall be August 1, 2012.

3.     **Other Items**.

A.     The parties should be allowed until April 1, 2012, to amend their pleadings.

B.     All dispositive motions shall be filed by August 31, 2012.

C.     The parties request a pretrial conference in December 2012.

D.     The parties shall file their final witness and exhibit lists two weeks prior to the pretrial conference.

E.     The parties shall have 7 days after service of final witness and exhibit lists to make objections under Rule 26(a)(3).

F.     The case should be ready for trial by January 2013, and at this time, the trial is expected to take approximately four days.

G.     The parties anticipate there will be issues to submit to a jury.

DATED: November 22, 2011

Respectfully Submitted,

/s/ Kelly A. Schoening
Robert M. Hoffer (KBA #34210)
Kelly A. Schoening (KBA #86745)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
*Attorneys for St. Elizabeth Healthcare*


/s/Katherine Daugherty Neff
Randolph Freking ( KBA#23509)
Katherine Daughtrey Neff (*pro hac vice*)
Freking & Betz, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
(513) 721-1975 (T)
(513) 651-2570  (F)
*Attorneys for Plaintiff*

305205v1
11/22/2011 1:57 pm

3