Eastern District of Kentucky
FILED
DEC 28 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| CASE NO. | STYLE OF ACTION |
|---|---|
| 11-165 | ROBERT LEHMAN V. ST. ELIZABETH HEALTHCARE |
| 11-172 | AMY FOSTER, Administratrix of the Estate of Mark Foster, ET AL V. RUMPKE CONSOLIDATED COMPANIES, INC., ET AL |
| 11-192 | RUSSELL COTTINGHAM V. BROWNSTOWN ELECTRIC SUPPLY CO., INC. |
| 11-194 | JACOB TROXELL V. CSX TRANSPORTATION, INC., ET AL |

- ORDER -

The Court having reviewed the records in the above-styled actions and coming to the conclusion that said actions should be placed on the Court's next Docket Call,

**IT IS ORDERED** that said Docket Call be, and hereby is, set for **WEDNESDAY, JANUARY 11, 2012 AT 1:00 P.M.**, to be held at the United States Courthouse, 35 West Fifth Street, Covington, Kentucky in the 5th Floor Courtroom.

This 26th day of December, 2011.

_____
WILLIAM O. BERTELSMAN, JUDGE