```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
           NORTHERN DIVISION AT COVINGTON
              CIVIL MINUTES - GENERAL
```

**CASE NO. 11-165-WOB-JGW   at COVINGTON        January 11, 2012**

**Style: ROBERT LEHMAN V. ST. ELIZABETH HEALTHCARE**

**Present:**

            Hon. **WILLIAM O. BERTELSMAN, JUDGE**

| **TAMMY DALLAS** | **JOAN AVERDICK** | **DAWN ROGERS** |
|---|---|---|
| (Deputy Clerk) | (Court Reporter) | (Law Clerk) |

**ATTORNEY PRESENT FOR PLAINTIFF**      **ATTORNEY PRESENT FOR DEFENDANT**

**Katherine Daughtrey Neff**           **Kelleene Schoenig**

**PROCEEDINGS: - DOCKET CALL**

On January 11, 2012 the above-styled case was called for a Status Conference, at which time the Court directed as follows:

(1) The Court approved the Report of Parties Planning Meeting.

(2) Parties should be allowed until **April 1, 2012** to amend their pleadings.

(3) Reports from experts under Rule 26(a)(2) shall be due as follows: Plaintiff's expert reports shall be due by **April 30, 2012**; Defendant's expert reports shall be due by **May 31, 2012**; any rebuttal expert report shall be due by **June 30, 2012.** Discovery deadline for expert witnesses shall be **August 1, 2012.**

(4) Discovery in this matter shall be completed by **July 31, 2012,** with Status Reports being due this same date.

      (5)   Dispositive motions shall be filed by **August 31, 2012.**

      **Although documents must now be filed electronically with the Court Clerk, a paper court courtesy copy must be provided TO CHAMBERS within 48 hours of the filing of the brief or memorandum in support of any motion, where such brief or memorandum (including any attached exhibits) exceeds 10 pages.**

      (ted)

| TIC | 02 |
|---|---|