# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| ROBERT LEHMAN | : Case No. 2:11-cv-00165 |
| | : J. Bertelsman |
| Plaintiff, | : Mag. J. Wehrman |
| | : |
| vs. | : |
| | : **UNOPPOSED MOTION TO** |
| ST. ELIZABETH HEALTHCARE | : **EXTEND THE DISCOVERY AND** |
| | : **DISPOSITIVE MOTION DEADLINES** |
| Defendant. | : |

Now comes Plaintiff and moves this Court for an order to permit an extension of the discovery and dispositive motion deadlines. The parties have been cooperating in the discovery process but Plaintiff requires an extension of time to conduct an additional deposition and follow-up on discovery identified for the first time during depositions on July 24 and July 25, 2012. Pursuant to this Motion, Plaintiff requests an extension of the discovery deadline to August 21, 2012 and the dispositive motion deadline to September 21, 2012. In addition, Plaintiff requests the Status Report currently due on July 31, 2012 be extended to August 21, 2012. No other extensions have been requested. Defendant has been contacted and does not oppose this request. A proposed order is attached.

Respectfully submitted,

/s/ *Katherine Daughtrey Neff*
Katherine Daughtrey Neff (*Pro Hac Vice*)
Randolph H. Freking (23509)
Trial Attorneys for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
(513) 721-1975/Fax: (513) 651-2570
*kneff@frekingandbetz.com*
*randy@frekingandbetz.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ *Katherine Daughtrey Neff*