# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | **ORDER GRANTING** |
| | : | **UNOPPOSED MOTION TO** |
| ST. ELIZABETH HEALTHCARE | : | **EXTEND THE DISCOVERY AND** |
| | : | **DISPOSITIVE MOTION DEADLINES** |
| Defendant. | : | |

Pending before this Court is Plaintiff's Unopposed Motion to Extend the Discovery and Dispositive Motion Deadlines. Upon review, the Court finds this Motion well taken and such Motion hereby GRANTED and the discovery and status report deadlines are extended to August 21, 2012 and the dispositive motion deadline is extended to September 21, 2012.

IT IS SO ORDERED.

_____
Judge William O. Bertelsman

DATED: _____