UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 11-165-WOB-JGW

**ROBERT LEHMAN**                                                           **PLAINTIFF**

V.

**ST. ELIZABETH HEALTHCARE**                                    **DEFENDANT**

### ORDER

Pending is plaintiff's unopposed motion to extend scheduling deadlines. Doc. 13. The motion asserts that an extension is necessary to conduct follow-up discovery which was necessitated by recent depositions. In light of the lack of opposition., the brief duration of the sought extension and the fact that no previous extensions of time have been granted, the Court will grant the motion.

The Court being sufficiently advised, it is **ORDERED**:

1. The motion to amend scheduling order [Doc. 13] is **granted**; and

2. Discovery shall be completed by August 21, 2012, with joint or separate status reports to be filed that same date; and

3. Dispositive motions shall be filed by September 21, 2012.

This 31st day of July, 2012.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\scheduling Starting April 2011\11-165, lehman, extend deadlines.wpd