**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**Civil Minutes** - **Telephone Conference**

**Covington Civil No. 11-165-WOB-JGW**                               **8/17/12**

**Robert Lehman v. St. Elizabeth Healthcare, Inc.**

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

No Court Reporter

No Courtroom Deputy

ATTORNEY FOR PLAINTIFF ROBERT LEHMAN
Katherine Neff

ATTORNEY FOR DEFENDANT NORTHERN KENTUCKY UNIVERSITY
Kelleene Schoening

Conference call held in response to counsel notifying the Court on August 13, 2012 of a discovery dispute regarding whether a former employee of defendant may be asked at his deposition regarding recent discussions he had with counsel for defendant. The Court briefly spoke with counsel on August 13 and directed counsel to email authority in support of their respective positions. Subsequently, counsel informed the Court of another discovery dispute regarding a request from plaintiff to defendant for files regarding other employees of defendant who were disciplined for sleeping. Both parties provided brief letters outlining their positions on that issue. After discussion with counsel the Court held: 1) Plaintiff's counsel may depose the former employee about his recent discussions with counsel for defendant. Former employees of a party do not receive the same attorney-client privilege as current employees. Instead, the status of a former employee is virtually indistinguishable from that of any other third party who may have information pertinent to the action. *See Infosystems, Inc. v. Ceridian Corp.*, 197 F.R.D. 303 (E.D.Mich. 2000); and 2) To provide plaintiff with relevant information while minimizing any undue burden on defendant, defendant shall provide to plaintiff records of employees disciplined for sleeping on the job beginning from one year prior to the August 2010 change in policy regarding disciplining sleeping employees.

| TIC | 25 |
|---|---|