# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | |
| ST. ELIZABETH HEALTHCARE | : | **PLAINTIFF'S STATUS REPORT** |
| | : | |
| Defendant. | : | |

Pursuant to the Court's Scheduling Order issued July 31, 2012 [Doc. 14], Plaintiff submits this status report.

The parties have concluded depositions in this matter and are discussing a few remaining document production issues. Plaintiff anticipates that the parties will be able to resolve these discovery issues without further intervention from the Court.

Plaintiff does not anticipate any problems with respect to the dispositive motion deadline which is currently set for September 21, 2012.

Plaintiff is willing to discuss an amicable resolution, and has had previous settlement discussions with Defendant. Plaintiff would not be opposed to a settlement conference convened by the Court.

Respectfully submitted,

/s/ *Katherine Daughtrey Neff*
Katherine Daughtrey Neff (*Pro Hac Vice*)
Randolph H. Freking (23509)
Trial Attorneys for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*kneff@frekingandbetz.com*
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 21, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

    /s/ *Katherine Daughtrey Neff*