UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                                 PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                          DEFENDANT

## DEFENDANT'S STATUS REPORT

Comes now Defendant, St. Elizabeth Healthcare ("SEH"), by counsel, and for its Status Report, states as follows:

The parties have concluded depositions and are in the process of concluding written discovery based on the Court's Order dated August 18, 2012 (Doc. 15). Defendant intends to file a dispositive motion on or before September 21, 2012.

Respectfully submitted,

/s/ Kelly A. Schoening
Robert M. Hoffer (KBA #34210)
Kelly A. Schoening (KBA #86745)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
E-mail:  rhoffer@dbllaw.com
*Attorneys for St. Elizabeth Healthcare.*

## CERTIFICATE OF SERVICE

I certify that the foregoing Answer was filed and served via the Court's electronic filing system this 22nd day of August, 2012 upon the following:

Katherine Daugherty Neff
Randolph H. Freking

Freking & Betz, LLC
525 Vine St., Sixth Floor
Cincinnati, OH 45202

/s/ Kelly A. Schoening

342671v1