UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                            PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                    DEFENDANT

## MOTION TO WITHDRAW DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S ORDER

Defendant, St. Elizabeth Healthcare, by counsel, hereby withdraws its Objection (Doc. #18) to the Magistrate's Order entered on August 17, 2012. Counsel have come to an agreement on this issue rendering the Objection moot.

Respectfully submitted,

/s/ Kelly A. Schoening
Robert M. Hoffer (KBA #34210)
Kelly A. Schoening (KBA #86745)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
*Attorneys for St. Elizabeth Healthcare*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing pleading was filed and served via the Court's electronic filing system this 12th day of September, 2012 upon the following:

Katherine Daugherty Neff
Freking & Betz, LLC
525 Vine St., Sixth Floor
Cincinnati, OH 45202

                                              /s/ Kelly A. Schoening
                                              Kelly A. Schoening

346938v1