UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                                                    PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                                          DEFENDANT

**ORDER**

Upon the Motion of Defendant, St. Elizabeth Medical Center, Inc. to Withdraw its Objection to the Magistrate Judge's Order (Doc. #19), the aforesaid Motion is hereby GRANTED and the Objection (Doc. #18) filed by St. Elizabeth is rendered moot.

So ORDERED this _____ day of September, 2012.

_____
Hon. William O. Bertelsman

347013v1