UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                                                    PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                                              DEFENDANT

## NOTICE OF FILING

Defendant, St. Elizabeth Healthcare, by counsel, hereby files its Proposed Order for its Motion to Withdraw Defendant's Objection to Magistrate Judge's Order (Doc #19).

Respectfully submitted,

/s/ Kelly A. Schoening
Robert M. Hoffer (KBA #34210)
Kelly A. Schoening (KBA #86745)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
*Attorneys for St. Elizabeth Healthcare*

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed and served via the Court's electronic filing system this 12th day of September, 2012 upon the following:

Katherine Daugherty Neff
Freking & Betz, LLC
525 Vine St., Sixth Floor
Cincinnati, OH 45202

/s/ Kelly A. Schoening
Kelly A. Schoening

347011v1