



DEFENDANT'S EXHIBIT

Employee Handbook Section 1 of 6

## Employment at St. Elizabeth Healthcare

**At Will Employment**
No statement in this handbook or in Compliance 360 creates, nor shall it be construed, interpreted or applied as creating, a contract of employment between any associate and St. Elizabeth Healthcare. All employment relationships are "at will" and each associate will verify his/her understanding of this legal doctrine by signing an acknowledgement at the time of hire or upon receipt of this current associates' handbook.

**Americans with Disabilities Act (ADA)**
In compliance with the Americans with Disabilities Act, St. Elizabeth Healthcare does not discriminate against "qualified" individuals with physical or mental disabilities in regard to application, hiring, advancement, discharge, compensation, training, or other terms, conditions, and/or privileges of employment. A qualified individual is one who can perform the essential job functions with or without a reasonable accommodation. A disability under the Act is any physical or mental impairment that substantially limits one or more of the major life activities such as caring for yourself, performing manual tasks, working, and reading.

**Equal Employment Opportunity (EEO)**
St. Elizabeth Healthcare is committed to equal opportunity in all aspects of employment including, but not limited to, practices related to hiring, transfer, promotion, training, development, compensation, benefits, and termination. Further, St. Elizabeth Healthcare will not discriminate, retaliate, classify associates, or limit in any way, that which could deprive any individual of employment opportunities or adversely affect any individual's employment status because of race, sex, color, religion, ancestry, national origin, age, or disability.

**Dress Code**
The Medical Center strives to create an environment that will stimulate a feeling of concern for its patients and respect for the professionalism of its staff, an associate's dress and personal appearance may have a profound impact on the patients' and other publics' receptivity to treatment and care. Please refer to your department dress code guidelines.

**Identification Badges**
I.D. badges will be issued to all associates and other designated individuals. Upon employment or assignment to work at St. Elizabeth Healthcare, an identification badge must be obtained and visibly worn.

Please view the complete policy by clicking the following link:
Identification Badges Policy

**Period of Adjustment**
Whether you are a new hire, being re-hired, or transferring to a different position within St. Elizabeth Healthcare, your first six calendar months in that position are referred to as a Period of Adjustment. This "getting acquainted" period is designed to orient the associate to the job and organization. This time also enables St. Elizabeth Healthcare to determine the ability with which the associate performs and is adapting to the job. It also provides the associate a chance to determine his/her own satisfaction with the position.

You should take advantage of this period by establishing good working relationships within your department and by discussing questions related to St. Elizabeth Healthcare and department policies and procedures with your supervisor. During this time, St. Elizabeth Healthcare retains the right to terminate the employment relationship for any reason without notice.

Successful completion of the Period of Adjustment does not entitle you to job rights or a guaranteed job for a definite length of time, nor does it preclude St. Elizabeth Healthcare from initiating changes in worker assignments whenever necessary to respond to census fluctuations or to meet other business objectives.

**Job Descriptions**
You will receive a copy of your position description during the hiring process. The position description is a written presentation of the major activities and responsibilities for a particular position. While not every job task can be described in this document, such a listing of your principle functions should help you better understand your position and purpose in St. Elizabeth Healthcare. You may, however, be asked and will be expected to perform additional tasks and assignments as required.

The Human Resources Department coordinates a periodic review of each position in St. Elizabeth Healthcare. If you feel your position description is inaccurate, or if you feel it needs revision, please notify your supervisor.

Back to Top
**Job Postings**
Available positions may be posted within the hiring department and, as necessary, as part of the interdepartmental job posting procedure throughout St. Elizabeth Healthcare. Interdepartmental jobs are posted for a minimum of five calendar days at various locations including the main cafeteria bulletin board at each location. Any associate who is interested in a posted job opening in another department should contact the Human Resources Department for details of the job and the proper procedure to follow in applying. Each application will be reviewed by a Human Resources Advisor for the necessary requirements. Only qualified applicants are referred to the hiring department for an interview. Factors such as skills, past performance evaluation history, and attendance records will be considered.

SEMC 0785