Bob Lehman - ACKNOWLEDGMENT.doc

# ACKNOWLEDGMENT

DEFENDANT'S EXHIBIT
2
5/18/12 JP

I, _ROBERT W LEHMAN_ acknowledge that I have received a copy of the Policies, and Code of Conduct of St. Elizabeth Healthcare Security Department. By signing this form, I acknowledge that I have read and understand them, and will abide by such.

_____  6/2/09
Signature                   Date

SEMC 0307