



DEFENDANT'S EXHIBIT 5 5/18/12

September 14, 2010

Gerald Hynko, RN, BSN
Employee Health

Re: Robert Lehman,

Mr. Lehman was examined in Business Health on 09/13/2010 at your request for a fitness for duty examination. Medical records were provided from Employee Health. A job description as a Security Supervisor was reviewed. The purpose of the examination was explained to Mr. Lehman and he agreed to be examined.

History:
Mr. Lehman has been employed by St. Elizabeth Healthcare at the Edgewood facility for 34 years. He has been a supervisor for the last 25 years. He was a second shift worker until 1 ½ years ago when he moved to first shift. Mr. Lehman was sent for this fitness for duty examination due to falling asleep at work. Mr. Lehman states he has noted increased fatigue over the last year after his change to day shift. He notices fatigue between 0900 and 1100. He does not note any post-prandial increase in fatigue. Mr. Lehman goes to bed between 2130 and 2200 hrs and goes to sleep between 2330 and 2400 hrs. He states he arises at 0430. This gives him a consistent 4.5 to 5.0 hours of sleep.
He has several significant medical issues. In 2004, Mr. Lehman developed angina resulting in the placement of a stent. He has followed with his cardiologist and he reports he had a normal stress test within the last year. He has no angina and denies side effects from his cardiac medications. Mr. Lehman has had diabetes mellitus for 5 to 6 years. He stated he has been unstable for the last two years. Over the last year, Mr. Lehman states his weight has increased 15 to 20 pounds. He is presently being treated with metformin, actos, Lantus® 65 U am and 45 U pm, and NovoLog® on a sliding scale averaging 50 U per day. He states he has episodes of hypoglycemia about twice a year. These do not require outside intervention. Mr. Lehman denies any end organ damage with the exception of some tingling neuropathy in his feet. Mr. Lehman has been treated with sertraline for agitation for 5 to 7 years with good result and no side effects. Mr. Lehman has sleep apnea treated with Bipap. He states his last sleep study was last year but he has not returned for follow-up after his weight gain to determine if his Bipap pressure is adequate. Mr. Lehman has used butalbital for over 20 years for headaches. He now uses 1-2 tablets every three months. He states he used butalbital one or two days prior to his drug test. Mr. Lehman also uses testosterone supplementation for erectile dysfunction.

Examination:
On examination, Mr. Lehman was pleasant and cooperated fully with the examination. His height was 73" and his weight was 334 pounds yielding a BMI of 44.15 kg/m2. This compares to 317 pounds on January 7, 2009. Blood pressure was 132/76. Mr. Lehman could not perform an Apley scratch test; touch his toes or squat fully due to obesity. The remainder of the physical examination was unremarkable.

Recommendation:

Mr. Lehman admits to sleeping while at work. This is likely due to chronic fatigue resulting from inadequate sleep time. There is a possibility that the fatigue may be exacerbated by inadequately treated sleep apnea. It is

*Partnering For Employee Health and Productivity*  1

| Business Health Center –<br>Mt. Zion<br>10095 Investment Way<br>Florence, KY 41042<br>Phone (859) 301-9050<br>Fax (859) 301-9055 | Business Health Center -<br>Edgewood<br>200 Medical Village Drive<br>Edgewood, KY 41017<br>Phone (859) 301-2999<br>Fax (859) 301-2997<br>www.stelizabeth.com |

SEMC 0746



unlikely that his other medical problems are significant contributing factors. Mr. Lehman was advised to contact his sleep specialist for a review of his Bipap. Pending this review, Mr. Lehman is at an uncertain but elevated risk of falling asleep at work.

Thank you for the opportunity to review Mr. Lehman. Please feel free to contact me if you have any questions.

Brent Haskell, MD, MS, FACPM
Occupational Medicine Physician
Business Health Services

CONFIDENTIAL

*Partnering For Employee Health and Productivity*   2

Business Health Center –
Mt. Zion
10095 Investment Way
Florence, KY 41042
Phone (859) 301-9050
Fax (859) 301-9055

Business Health Center -
Edgewood
200 Medical Village Drive
Edgewood, KY 41017
Phone (859) 301-2999
Fax (859) 301-2997
www.stelizabeth.com

SEMC 0747