Case: 2:11-cv-00165-WOB-JGW  Doc #: 21-4  Filed: 09/12/12  Page: 1 of 1 - Page ID#: 194

09/15/2010  15:46  (FAX)  P.001/001

SEP 15'10  AUG-25-2010 15:14  EMPLOYEE HEALTH NORTH  606 292 4722  P.b...

Date __8/23/10__

RE: Fitness for Duty Examination Medical Condition Clarification

**DEFENDANT'S EXHIBIT** 4  5/18/12  UP

Name __Robert Lehman__

ID# __4526__

Please provide the following information from your treating physicians to the Employee Health office by __8/30/10__.

1. Current diagnosis of your medical problem
2. The treatment you have received to date
3. The prognosis
4. Any major tests with results
5. List of any medications you are receiving
6. Any restrictions or limitations which may limit your activities at work or at home and the time period during which those restrictions will be in effect
7. Suggestions or any other comments that your doctor finds important (job accommodations/lifting limits etc.)

Please fax or bring this information to the Employee Health office to assist in completing this process.

Office # 859-301-2153
Fax # 859-301-3838

Further Instructions: I do feel that the patient's morbid obesity and obstructive sleep apnea could cause daytime somnolence. These issues are managed by a sleep medicine expert.

I do not feel his daytime somnolence is caused by diabetes or hypogonadism.

Signature [signed]   Date 8/23/10
Michael [Ganter?], MD, MA-1  9/14/10
[illegible]

CONFIDENTIAL

SEMC 0595