



DEFENDANT'S EXHIBIT
5
5/18/12

PH: 800-411-7533
FX: 888-315-7533

www.sleepmanagement.md

December 15, 2008

Dr. Michael Canos
2765 Chapel Pl,
Edgewood, KY 41017
Fax: (859)344-4632

Serving:
- Ohio
- Kentucky
- Indiana

Apnea+Hypopnea Index = 50.1

Re: Mr. Robert Lehman
DOB:    ; Height: 318 in.; Weight: 73 lbs.

Dear Dr. Canos:

Your patient, Mr. Robert Lehman, underwent a polysomnographic evaluation at the Sleep Management Institute on 12/7/2008. Mr. Lehman is a 54 year old male with a history of witnessed apneas, snoring, restless sleep, excessive daytime sleepiness and hypertension.

Effective,
Comprehensive
solutions for sleep
difficulties
- Snoring
- Sleep apnea
- Insomnia
- Excessive daytime sleepiness (EDS)
- Restless legs syndrome (RLS)
- Periodic limb movement disorder (PLMD)
- Narcolepsy
- Parasomnias
- Hypersomnia

### SUBJECTIVE ASSESSMENTS:
The patient scored 19 on a Beck Depression Inventory, which is indicative of mild to moderate depressive symptoms, where <16 is within normal limits. The Epworth Sleepiness Scale result of 17 is indicative of severe excessive daytime sleepiness, where <10 is within normal limits.

### SLEEP ARCHITECTURE:
The following table shows the sleep latencies, sleep efficiency and sleep stages for Mr. Lehman and the normal values for someone of the same sex and age. Stage N1 is a lighter sleep and stage N3 is deeper sleep.

| Sleep Latencies and Sleep Efficiency | Sleep Study Findings | Normal Values for 54 y/o male |
|---|---|---|
| Sleep Onset-Minutes | 21.0 | 11.9 |
| REM Onset-Minutes | 136.0 | 84.8 |
| Sleep Efficiency as % | 44.0 | 92 |
| Sleep Stage | | |
| Stage N1-% of TST | 32.7 | 7.6 |
| Stage N2-% of TST | 54.0 | 61.7 |
| Stage N3-% of TST | 0 | 4.9 |
| REM-% of TST | 13.3 | 21.5 |

Advanced qualifications & unique, focused methods
- Trusted by hundreds of doctors
- Among the nation's top sleep-research facilities
- More than 20,000 satisfied, rested patients
- Multiple board-certified sleep physicians on staff
- Well-trained, experienced registered technologists
- Exclusive outcomes-based software

Mr. Lehman's nocturnal polysomnogram revealed a low sleep efficiency. The patient's sleep latency was normal and the REM sleep latency was delayed. The distribution of sleep stages shows no stage 3 or 4 deep sleep, and a reduction in REM sleep.

### DISTURBANCES OF SLEEP:
A total of 157 breathing disturbances were observed, which included 6 apneas (0 central, 6 obstructive and 0 mixed) and 151 hypopneas, yielding an Apnea + Hypopnea Index (A+HI) of 50.1 events per hour, where 5 is the upper limits of normal. The ECG revealed normal sinus rhythm. The periodic limb movement (PLM) index was 0 per hour. The spontaneous arousal index was 1.3 per hour. Snoring of moderate volume was reported.

Making it convenient for you to get a good night's sleep
- Eight convenient locations to serve you
- Comfortable, homey sleep-study rooms
- Rapid sleep-study results
- Lunchtime appointments
- Insurance accepted & filed

CONFIDENTIAL

SLEEP MANAGEMENT INSTITUTE

Page 2

### OXYGEN SATURATION
The baseline oxyhemoglobin saturation during the study was 94.0% with a mean desaturation level of 88.4% and a minimum desaturation of 71.0%. The patient spent 22.0 minutes below a saturation of 90%.

### IMPRESSION:
This nocturnal polysomnogram revealed severe obstructive sleep apnea syndrome based upon an A+HI of 50.1.

### DIAGNOSTIC CODES:
327.23   Obstructive Sleep Apnea
311.0   Depression by Beck Inventory

### RECOMMENDATIONS:
We will meet with the patient to discuss these results. Based on the findings above, we recommend the following:
- Avoid alcohol or sedative medication.
- Avoid driving while drowsy.
- If this patient requires anesthesia, the anesthesiologist should be notified about the history of sleep apnea.
- The patient may benefit from weight loss.
- Treatment options include nasal CPAP, upper airway surgery, or the use of a mandibular advancing oral sleep apnea appliance.
- Patient may benefit from further evaluation and treatment for depression.

Thank you again for this referral and allowing us to participate in the care of Mr. Lehman. Please contact us directly if you have any questions. A detailed report is available on request.

Sincerely,

Patricia R. Miles, M.D.
Diplomate, American Board of Sleep Medicine
Medical Director

Cc:   Dr. Nancy Metzger
Fax:   (859)655-3683

lah



SEMC 0610