



COVINGTON/FALMOUTH/FLORENCE/FT. THOMAS/EDGEWOOD/GRANT COUNTY, KENTUCKY

## POSITION DESCRIPTION

|  |  |  | New Position |  | X | Exempt |
|---|---|---|---|---|---|---|
|  |  |  | Revised Position |  |  | Non Exempt |
|  |  | * | Job Code |  | 122520 | |
|  |  | * | Salary Grade |  | | |
| POSITION TITLE: | Security Supervisor | * | replaced position description dated: 01/04 | | | |
| DEPARTMENT: | Security/Safety | * | position title: | | | |
| LOCATION: | Covington/Edgewood/Florence/Ft. Thomas/Grant County | * | What sections have changed? | | | |
| DATE PREPARED: | 01/08/04 | | | | | |
| Date Revised: | 04/20/09 | | | | | |

SECTION I

### PURPOSE OF POSITION

State briefly, in one or two sentences, the principal purpose of this position. Why does it exist? What is it paid to accomplish?

The Security Supervisor provides supervision for security and safety services, and assumes responsibility for these services in the absence of the Director or Security Manager.

SECTION II

### KNOWLEDGE AND SKILLS

List the minimum knowledge and skills required to begin working in this position and the additional knowledge and skills that are desirable, but not essential.

**MINIMUM**

Education, Credentials, Licenses:
High School Diploma or GED required

A valid driver's license, Liability insurance and be

**DESIRABLE**

Graduation from accredited police academy. College work in Law Enforcement, degree desirable.

CONFIDENTIAL

insurable by St Elizabeth insurance carrier.

**Specialized Knowledge:**
Thorough knowledge of police or security ocedures, criminal law and liability. Excellent communication and customer service skills. Computer skills necessary.

Knowledge of the Incident Command System

**Kind and Length of Experience:**
Five years experience in law enforcement/security.

Five years experience in hospital security.

SEMC 0584

Page 2 of 10

Department: Position Title

# SECTION III

## MAJOR ACTIVITIES AND END RESULTS

List, in brief statements, the major activities and end results for which this position is accountable. Most positions will have between seven and nine major activities/end results. Describe the position so that someone unfamiliar with your position will understand what is done, and why it is done. Weigh each major activity/end result based on its importance relative to the total job (i.e.: 10%, 20%, 45%).

| | Major Activities & End Results | % Weight |
|---|---|---|
| 1. | Supervises performance of security officers in order to ensure the security and safety of the patients, visitors and staff. | 30% |
| 2. | Performs duties of the security officer as needed while on shift | 25% |
| 3. | Communications: Responsible for the communication of vital information to Administration and/or law enforcement and fire personnel in the event of an emergency. | 15% |
| 4. | Disaster Management: Supervise incidents such as fires, accidents, and disasters. | 10% |
| 5. | Train new personnel and writes performance evaluations in order to maintain a high level of proficiency in the department. | 10% |
| 6. | Performs Administrative duties as required | 10% |

The associate shall follow the applicable safety steps required to perform their duties to ensure safety for themselves and their patients, and be in compliance with Medical Center, State, and Federal safety standards. amples of such steps may include: performing proper safety procedures and precautions; reporting safety concerns and incidents; using correct lifting techniques and disposing of sharps and infectious waste properly.

Required:

Employee must successfully complete an orientation process that identifies skills needed to practice in their position and in their job assignment. Skill requirements must be met and maintained to ensure employee competency. This is achieved through an annual review of those particular skills and a work improvement plan for any non-compliant area.

# SECTION IV

## PROBLEM SOLVING

Briefly describe two or three typical problems this position must resolve to achieve the end results listed in Section III.

1. The Security Supervisor must maintain objectivity and impartiality in dealing with incidents involving allegations against security staff members.

2. The Security Supervisor must show composure and restraint in dealing with Psychiatric patients and families of patients during psychiatric emergencies and cardiac arrest or trauma emergencies.

The Security Supervisor must be able to rapidly assess emergency situations such as fires and trauma ...nergencies, and direct operations so as to preserve life safety and limit property damage, while dealing with multiple priorities.

## SECTION V

## SCOPE OF POSITION

A) Who (by title) does this position report to? — Director of Security/Safety, Assistant Director of Security, Security Manager

  -Indicate type of supervision provided — Direct/Indirect

B) Who (by title) reports directly to this position? — Security Officers

  -Indicate type of supervision provided — Direct/Indirect

C) Total number of FTE's: (reporting to this position)?

| | |
|---|---|
| Edgewood | -14 FTE's |
| Covington | -10 FTE's |
| Ft. Thomas | - 6.13 FTE's |
| Florence | - 5.16 FTE's |

D) Annual operating budget: (if applicable) — N/A

E) Other dollar measures of accountability: — N/A

## SECTION VI

## WORKING CONDITIONS

Describe unusual working conditions such as physical effort, exposure to environmental conditions and exposure to hazards.

    Depending upon the role or activity performing, this position may need to physically restrain a patient, staff, or visitor to ensure the safety of others.

Exposure to normal environmental conditions and hazards for a hospital or hospital related facility will be present.

## SECTION VII

## ADVANCEMENT TO NEXT POSITION

Identify the most likely future position(s) of advancement. This position(s) may be a higher level or equivalent level job within or outside the department. Advancement criteria, such as required technical knowledge (skills, education, experience), managerial capabilities, and problem solving skills should also be noted.

    Next Likely Position(s):    Security Manager

    Advancement Criteria:    Demonstrated proficiency in Security Supervision. Minimum 5 years experience in law enforcement or security with 3 years supervisory experience. Physical Security and Loss Prevention methods knowledge. Excellent comprehension and communication skills.

## SECTION VIII

## GENERAL

Describe anything else which is important to this position, such as unique aspects which make it different from similar positions.

1. May be called upon to serve on committees.
2. Ability to interact with all levels of internal and external people under stress in a clam professional manner.
3. Ability to remain calm and under control in sudden stressful situations.
4. Ability to schedule personnel for duty hours.

SECTION IX

## APPROVALS

| Prepared By | Title | / Date |

| Michael Kraft | Director, Security & Safety | / 4/20/09 |
| Approved By Director | Title | Date |

| Marianne Tait | Director-Compensation & Benefits | / 4/20/09 |
| Human Resources Review | Title | Date |

| Doug Chambers | Vice President-Facilities | / 4/20/09 |
| Authorization for Job (Re)– Evaluation (Vice President) | Title | Date |

## BI-ANNUAL REVIEW WITH NO CHANGE

| Approved By Director | Title | / Date |

| Human Resources Review | Title | / Date |

## BI-ANNUAL REVIEW WITH NO CHANGE

| Approved By Director | Title | / Date |

| Human Resources Review | Title | / Date |

Department: Position Title                     CONFIDENTIAL                     Page 6 of 10

SEMC 0588

SECTION X

# GUIDELINES

## PHYSICAL DEMAND LEVELS

### Work Levels

| C | Constant | 61-100% |
|---|---|---|
| F | Frequent | 31-61% |
| O | Occasional | 15-30% |
| I | Infrequent | 11-15% |
| R | Rare-Never | 0-10% |

### Frequency Codes (Work Levels)

Defined as the percentage of time this particular activity is required in the performance of the job. Use one of the following letters: C, F, O, I, or R as defined above.

### Intensity Codes (Lifting/Carrying)

| S | Sedentary | Sitting up to 6 hrs/8 hr day; lifting up to 10lbs occasionally |
|---|---|---|
| L | Light | Standing up to 6 hrs/8 hr day; lifting 20lbs occasionally, lift/carry up to 10lbs frequently; |
| M | Medium | Standing up to 6 hrs/8 hr day; lifting 50lbs occasionally, lift/carry up to 25lbs frequently |
| H | Heavy | Standing up to 6 hrs/8 hr day; lifting 100lbs occasionally, lift/carry up to 50lbs frequently |
| V | Very Heavy | Standing up to 6 hrs/8 hr day; lifting in excess of 100lbs; lift/carry 50lbs frequently |

### Intensity Codes (Lifting/Carrying)

Defined as the level of importance of this particular requirement. Used more often in lifting or carrying section. Use one of the following letters S, L, M, H, or V as defined above.

### Intensity Codes (Push/Pull Forces)

| L | Light | 0-25 lbs; frequent push/pull up to 15 lbs. |
|---|---|---|
| M | Medium | 26-50 lbs; frequent push/pull up to 40 lbs. |
| H | Heavy | 51-100 lbs; frequent push/pull up to 80 lbs. |

### Intensity Codes (Push/Pull Forces)

...fined as the level of importance of this particular requirement. Used more often in determining push/pull abilities. Use one of the ...lowing letters L, M, or H as defined above.

| Physical Requirements | Work Level | Intensity Code (Lifting/Carrying) | Intensity Code (Push/Pull) |
|---|---|---|---|
| ...ting | F | | |
| ...anding with little movement | O | | |
| Walking | C | | |
| Hearing | C | | |
| Talking | F | | |
| Lifting objects up to waist | F | L | |
| Lifting objects overhead | O | L | |
| Carrying objects | O | L | |
| Pushing/pulling objects | O | | L |
| Filing | R | | |
| Finger dexterity/handling/ feeling | O | | |
| Typing/keying data | F | | |
| Eye-hand coordination | F | | |
| Near vision | F | | |
| Color vision | F | | |
| Far vision | F | | |
| Night vision | F | | |
| Driving | F | | |
| Reaching | O | | |
| Ascending/descending stairs | F | | |
| Climbing/balancing | O | | |
| Bending/stooping | O | | |
| ...eeling/crouching/crawling | O | | |
| Others, please list: | | | |
| Restraining techniques | F | | |
| Self Defense | F | | |
| **Mental Requirements** | **Work Level** | | |
| Writing | F | | |
| Spelling | F | | |
| Reading | F | | |
| Remembering | C | | |
| Recognition/identification | C | | |
| Understanding instructions, information and/or concepts | C | | |
| Math Skills | F | | |
| Analysis of information | C | | |
| Problem Solving | C | | |
| Communicating instructions, information and/or concepts | C | | |
| Decision making | C | | |
| Learning new tasks | F | | |
| Drawing | O | | |
| Originality/creativity | F | | |
| **Working Conditions (Environment)** | Place an (X) if these apply to the position | | |
| Normal office environment | X | | |
| Patient Care areas | X | | |

Department: Position Title         SEMC 0590

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Medical (non-patient) areas | X | | |
| Alone in department or shift | X | | |
| Low lighting | X | | |
| Low ventilation | | | |
| Tight work space | | | |
| Potential exposure to disease | X | | |
| Potential exposure to chemicals | X | | |
| High noise levels | X | | |
| Potential electrical hazards | X | | |
| Potential mechanical hazards | X | | |
| Potentially dangerous equipment | X | | |
| Wet environment | X | | |
| Heights | X | | |
| Outdoors | X | | |
| Potential exposure to dust/dirt | X | | |
| Other possible safety risks, please list: | | | |
| Combative patients/visitors | X | | |
| **Work Schedule** | **Place an (X) if these apply to the position** | | |
| Varying shifts | X | | |
| Overtime work | | | |
| Weekend work | X | | |
| On-Call work | X | | |
| Travel | X | | |
| Others, please list: | | | |
| Holidays | | | |
| **Work Demands** | **Place an (X) if these apply to the position** | | |
| Handles highly confidential data | X | | |
| Productivity demands (identified) | X | | |
| Accuracy demands (identified) | X | | |
| Extended visual concentration | X | | |
| **Others, please list:** | | | |
| **Tools, Equipment Used:** | | | |
| Please list: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SECTION XI

## PROTECTED HEALTH INFORMATION: ROLE BASED ACCESS FORM

partment: Security/Safety

Position: Security Supervisor

Date: April 20, 2009

Does access need to be restricted by location?    Yes    No X

### TYPE OF ACCESS

Enter one of the following for each box below:    R = Required    I = Incidental    N = Not Applicable

|           | Demographic | Insurance | Financial | Clinical | Codified | All |
|-----------|-------------|-----------|-----------|----------|----------|-----|
| Create    | R | N | R | N | N | |
| Modify    | R | N | R | N | N | |
| Use       | R | N | R | I | N | |
| View      | R | N | R | I | N | |
| Disclose  | R | N | R | I | N | |
| Transport | R | N | R | N | N | |
| Maintain  | R | N | R | N | N | |
| Destroy   | R | N | N | N | N | |

Legend

Type of Access:
Create: Primary source documentation. (Dictated reports, nurses' notes, notations on the MAR)
Modify: Change incorrect data (according to policy)
Use: Read and view the information to make decisions appropriate for your position.
View: Employee may view certain information, but not expected to make decisions based on what they know.
Disclose: Conveyance of the information to persons or entities outside SEMC.
Transport: Moving information from one place to another. (Should not view)
Maintain: To retain documents/files within office/department.
Destroy: Final legal disposition of our business records.

What Information:
Demographic: Information to identify a person (name, address, race, marital status, religion)
Insurance: Information used to identify payers and insured.
Financial/Claims: Payments rates, account balances, payer analysis, etc.
Codified: Clinical information that is in (alpha) numeric format (ICD-9CM, CPT, Rev. Codes)
Clinical: Information that describes a patient's health status.
All: All of the above.