| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>EEOC | CHARGE NUMBER<br>473-2011-00405 |
|---|---|---|
| | and EEOC | |
| State or local Agency, if any | | |

| NAME<br>Robert Lehman | | HOME TELEPHONE<br>513-574-4105 |
|---|---|---|
| STREET ADDRESS<br>5890 Calmhaven Drive | CITY, STATE, AND ZIP CODE<br>Cincinnati, OH 45248 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>St. Elizabeth Healthcare | NUMBER OF EMPLOYEES, MEMBERS<br>50+ | TELEPHONE<br>859-655-4100 |
|---|---|---|
| STREET ADDRESS<br>One Medical Village Drive | CITY, STATE, AND ZIP CODE<br>Edgewood, KY 41017 | COUNTY<br>Kenton |

CAUSE OF DISCRIMINATION BASED ON

RACE     COLOR     SEX     RELIGION     NATIONAL ORIGIN

RETALIATION     AGE X     DISABILITY X     OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)     LATEST (ALL)
                        9/23/2010
CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. I am a 56 year old person with a real or perceived disability. I worked for St. Elizabeth Healthcare (the "Company") for almost 34 years, from November 28, 1976 until my termination effective September 23, 2010. I held the position of Security Supervisor and I was fully qualified. I was an excellent employee throughout my employment with St. Elizabeth. I consistently received positive performance reviews and had never received any prior discipline until August 23, 2010.

II. It was stated that a younger employee, Ken Rasor, made the initial complaint that I was sleeping at work. Just prior to his complaint about me, I had disciplined Mr. Rasor. I had also previously requested that Mr. Rasor be terminated for his inappropriate actions at work. However, each time I spoke with Human Resources about Mr. Rasor's employment, I was told that he could not be terminated. Also, when my supervisor, Mike Kraft, informed me about the alleged complaint, he explained that I would likely receive a Level 1 disciplinary action because this was the first time that I had been accused of sleeping on the job. During that conversation, Mr. Kraft and I discussed my disability. Only after Mr. Kraft spoke with Ms. Blank from Human Resources about my disability did St. Elizabeth give me a Level 3 disciplinary action. During a subsequent meeting with Ms. Blank wherein we discussed my disability, she expressed to me that I could not return to work until I passed a Fit for Duty exam. Following my Fit for Duty exam, St. Elizabeth terminated my employment after 32 years of excellent service to the hospital. I believe I have been treated less favorably than other similarly situated younger and/or non-disabled or not perceived as disabled employees.

III. I believe I have been discriminated against because of my age in violation of the Age Discrimination in Employment Act (ADEA). I believe I have been discriminated against because of my real or perceived disability in violation of the Americans with Disabilities Act (ADA).

IV. I am filing this Charge of Discrimination in order to preserve a claim under the Age Discrimination in Employment Act (ADEA), not for the purpose of electing an administrative remedy under state law.

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X Robert W. Lehman        1/14/11<br>Date        Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br>X<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |



DEFENDANT'S EXHIBIT 7 5/18/12

SEMC 0554