DEFENDANT'S EXHIBIT 8 5/18/12

## ADDITIONAL INFORMATION

Robert W. Lehman
5890 Calmhaven Drive
Cincinnati, Ohio
45248
513-574-4105

My situation was prompted by a complaint made at the Human Resources by an unknown employee from the security office that our Director Mike Kraft, had been allowing me to sleeping while working. On Friday 8/20/10 I was told of this complaint. Mr. Kraft asked me if I had been sleeping. I told him yes I had done this on my breaks or on the non-paid lunch ½ hour.

Previously I had looked for a policy that prohibited this practice on the online 360 database for polices and procedures. There being none I believed this to be permissible.

When I asked Mr. Kraft he said no I think you cannot sleep at all. I told him I did not know this but I had done this. He asked if I thought it might be related to my diabetes which had been giving me problems. I told him I thought it might be due to my sugar levels going up and down and making me tired. Mike said that he would contact Human Resources and advise them that he had taken care of the complaint.

Approximately 2 or 3 hours later Mr. Kraft called me to his office and told me that he could not believe this, but that when he talked to Human Resources he said that he was going to give me a Level I write up documenting this counseling. Human Resources said that he could not give this to me it had to be a Level III. The difference in these two levels would mean that I would lose Gain sharing if paid this year, and that if I did this infraction again I would be terminated.

Mr. Kraft indicated that he had been arguing with our Vice President and Human Resources that this was an extreme punishment and our Vice President Mr. Doug Chambers agreed with him. I also felt that this was excessive as I have not been disciplined in my career of 34 years. I requested a meeting with Lisa Blank the Human Resources Director.

Mr. Kraft and I meet with her in her office. I expressed to her that I could not believe that I was receiving a Level III and wanted to know how I started the grievance procedure and was told by her that this was a non-grievable offense.

During this conversation, Lisa said "And because you said that it may be related to your diabetes, you have to go for a "Fit for Duty" review." I asked why and was told to see if any medical reason was the cause. I asked Lisa "What happens to the Level III if there is a medical reason?" Her reply was "You still get the Level III"

(Page Two)

This statement was witnessed by Mr. Kraft. I asked Mrs. Blank what I needed to do for the "Fit for Duty" review. She told me that Mr. Kraft would have to make an appointment with Employee Heath for this.

Lisa asked me "Did you ever see anyone else sleep?" "I replied that I have, that it had happened on my shift that it has happened for years everywhere." Lisa then asked "What did you do about it." I told her that **"I told him not to do it anymore."**

After the meeting I told Mr. Kraft that I did not like the punishment, but that I accept my punishment and I would move on and do my job. I left work 1 hour before my normal time of 3:00 as previously scheduled.

Monday August 23, 2010 I reported to work at 6:30 and when the Director arrived at approximately 8:00 we went to employee health and Gerald R. Hynko, Director of Employee Health explained that a urine test and swab test would be taken. He asked me other Medical Questions when Mr. Kraft had left the office. During this questioning he told me that he believed that it would be my Diabetes and that it was protected by Federal ADA laws. This was the first time I heard of this. I was asked to sign releases for my Medical Records from and received signatures from me to allow my records to be sent to them from my Doctors. Mr. Hynko said that Dr. Haskel would be doing this review and that they have had cases in the past that was related to Diabetes and it is a common problem with our Age group.

There were three Doctors asked for.
  Doctor Nancy Metzger My regular physician
  Doctor Mike Canos my diabetes doctor
  Doctor Patricia Miles, my sleep apnea doctor.

I spent 8/23/10-8/27/10 on Administrative Leave.
Pay would come from my PTO bank. I had none as I was going on vacation for two weeks I usually did not have PTO in my bank and went without the pay.

I went on vacation 8/28/10-9/12/2010.

They put me back on Administrative Leave on 9/13/2010 and sent me to see Doctor Brent Haskell Director of Business Health for my Fit for Duty exam at 9:00 at his Florence Kentucky office.

Doctor Haskel asked several questions on my Health History and other items. He told me he had 3 days to make a decision on possible causes. I told him I was confused as I was sent to him for my diabetes, that if he found it was not that, ok I was getting a Level III anyway. Doctor Haskel told me to contact Human Resources as this was not how it usually worked, that how could you discipline someone

BL000253

(Page Three)

I called Roxanne Platek Human Resources and asked her about the statement that Lisa made about the Level III and she said she would call me back. No call back from her.

I had several contacts with Mr. Kraft during these times and wanted to know what was going on and he told me he had been left out of this situation because they told him it would violate HIPPA law to discuss my medical conditions.

During the week of 9/20/10-9/23/10 Mr. Kraft called me and scheduled a meeting for 3:00 9/23/10 with Roxanne with him being there. I arrived and was told that the only "Acceptable" reason for my sleeping would be if I had Narcolepsy, she then said "We can't have supervisors sleeping on duty and Due to the fact that you knew others had fallen asleep, you did not do your job as supervisor so we are terminating you."

This was the first time I had information that this was going to be an issue. I content that I was doing my job, I told the employee not to do this again. He has to date not done this again.

There was no written policy or orders given to me or any of the other two supervisors that we would enforce the sleeping issue in any specific way. There was not policy that prohibited this. (See Attached Policy) The only thing that exisited was a list of possible infractions and actions to be taken. In 25 years as supervisor I receive only top ratings for the job I did. I was attempting to build trust on the first shift, a hostile shift situation and was assured I had the support of the Administration and Human Resources. The complaint came from a "Unknown employee" but it was in fact Ken Rasor one of my first shift security officers who was upset about not getting the first shift supervisors position and told me two days prior to my being told of the complaint that he had an appointment at Human Resources, as well as Mr. Kraft seeing him there that day.

Mr. Kraft if subpoenaed would say that I was a top supervisor that was being groomed by him for future promotion to Manager . He would also state that I preformed above and beyond the normal duties required of a supervisor.

Mr. Jack Denham, Second Shift Supervisor I was mentoring as he was a newly hired supervisor will also say what qualitiy of work I did.

BL000254