

# MEMO

**TO:** Bob Lehman

**FROM:** Doug Chambers
Sr. Vice President, Facilities

**DATE:** October 12, 2010

**SUBJECT:** Dispute Resolution



Thank you for meeting with me to review your termination of employment for sleeping on duty and failing to enforce the discipline policy as a supervisor. I understand you met with your immediate supervisor, Mike Kraft, Director of Security and Safety. I have read the memorandum dated October 4, 2010, by Mike Kraft in reference to your meeting and agree with everything in the document.

You admitted to sleeping on the job. You stated that you believed it was fatigue and medically related, but there is no medical condition to substantiate your claim. You shared there were others that were sleeping in the past and you discussed it with them but failed to discipline them. You failed to enforce our policy as a supervisor.

You believe that after thirty four years, you have earned another chance. You jeopardized the safety of our patients, visitors and staff while sleeping on duty and failed to enforce the policy with others.

I asked you if there was anything else you could share that would change the facts. You did not provide any new information. I am upholding the termination of employment.

BL000044