

## MEMORANDUM

TO: Bob Lehman

FROM: Mike Kraft
Director, Security/Safety

DATE: October 4, 2010

SUBJECT: Dispute Resolution

Thank you for your time to discuss your thoughts in reference to your termination of employment for sleeping on duty and failing to enforce the discipline policy as a supervisor. In the meeting, you stated that you felt the termination was unfair and excessive and were willing to accept a Level III. As for the sleeping on duty, it is your belief that it was a medical condition that was causing this to occur. In reference to the accusation that you did not do your job as a supervisor, you stated that one incident occurred many years ago and you felt as though you had done your job in an appropriate manner at the time.

In response to questions that I asked you, you stated that you had fallen asleep for brief periods of time; however you did not know how many times it had occurred. You further stated that when it occurred you were either on break or at lunch. You also indicated that you had not seen the medical report from your fitness for duty; however it was explained to you that there was no medical reason found to justify sleeping on duty.

Disciplinary Policy 635.03.09 has guidelines for disciplinary action. While the guidelines for "unauthorized sleeping on work time" recommend a Level III discipline, paragraph H of the policy states, "The attached disciplinary guidelines are intended as guidelines only and are not inclusive of every infraction. The Health System reserves the right to determine the level of discipline depending on the circumstances/severity of the infraction."

The investigation determined that you were sleeping while on duty and not all times you were sleeping were you on lunch or break times. Further, you admitted that you found staff sleeping but did not discipline them in accordance with Disciplinary Policy 635.03.09. As a supervisor, you are required to be aware of the policies and enforce them. Additionally, you are required to follow the policies and set an example. It is the responsibility of you and your staff to ensure the safety of St. Elizabeth staff, visitors and patients and you jeopardized the safety of others when you and your staff were not attentive to the surroundings. Your conduct in not following the policies yourself and not enforcing the policies is cause for termination of employment.

Therefore, I find that St. Elizabeth was within their rights and did follow the disciplinary policy. I am upholding the termination of employment.