ST. ELIZABETH EDGEWOOD  
One Medical Village Dr.  
Edgewood, KY 41017  
IP Encounter Report  

LEHMAN, ROBERT W  
MRN: 01055562  
DOB: ▓▓▓▓▓▓  Sex: M  
Acct #: 800844947  
Adm: 6/28/2011, D/C: 6/28/2011  

**Progress Notes (continued)**





DEFENDANT'S EXHIBIT 13 5/18/12 JP

**Therapy Daily Progress Note**

Date: 6/28/2011  
Name: ROBERT W LEHMAN  DOB: ▓▓▓▓  MRN:

Visit # 3/30 (90/10 Humana)  
Reassessment Date: 7/13/11  
Next MD visit: Rohmiller 6 weeks from eval  
Precautions: none  
Diagnosis: Right L5 radiculopathy  
Medication Changes: None  

Time In: 1103 a.m. -  
Time Out: 1142 a.m.  

Pain Scale: 0 current, can get worse with activity, can get to 3-4 in right buttocks  
Location: LB occ down right leg  
Type: aching and dull  

### Subjective
Pt. Reports noticing some ankle swelling in right leg, has had hx of same. Verbalizing about family stressors, brother ill. Cont to use gym but unable to do secondary to brother's illness. Doing better now so should be able to get back on track.

HEP: Using gym, independent and compliant. Usually 2x day

### Objective
Obese male

**Education:** Needs Assistance: No   Understood: Yes  
Educated  
**Treatment:**  
Total Gym: bilat squats x 25 reps, calf stretch and heel raise  
Stairs for hamstring stretches, and psoas drives  
65 cm ball sitting: laterals, circles, 3# wt alt sh flex/ext, fwd punch  
UBE retro in standing x 5 min with emphasis on trans abd/posture  
BATCA: rows 20 # x 20 reps, pull downs x 20 reps  
Side stepping with mini squats and holding 3# thera bar while performing squat.

### Assessment
Good participation. Sweats a great deal.