

Lehman, Robert W (MR # 01055562)                                  Encounter Date: 03/18/2011

## Progress Notes

Robert W Lehman (MR#

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Metzger, Nancy J, MD | Signed | Metzger, Nancy J, MD | 3/18/2011 11:08 AM |

### Progress Notes

**Subjective:**

Patient ID: ROBERT W LEHMAN is a 57 y.o. male.

HPI

Injured back during exercise. Worse with laying down, like "lightning". Flexeril has worked well in past, out of it now.

More irritable, depressed, not motivated. Has been on zoloft for many years. cymbalta has been recommended.

Skin irritation in groin, was worse. Has been using otc meds (antifungal).

Has appt with endocrine in May.
Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

Review of Systems
Musculoskeletal: Positive for back pain.
Skin: Positive for rash ( scrotum).
Psychiatric/Behavioral: Positive for dysphoric mood.

**Objective:**

Filed Vitals:
03/18/2011 10:29 AM
BP:        160/90
Pulse:     70
Temp:      98 °F (36.7 °C)
TempSrc:   Oral
Resp:      14
Weight:    338 lb (153.316 kg)

Physical Exam
Musculoskeletal:
   Lumbar back: He exhibits decreased range of motion and spasm.

Lehman, Robert W (MR        ) Printed by Combs, Debra Terra [65128] at 11/30/11 10:30 AM

BL000193