

**NORTHERN KENTUCKY HEART, P.S.C.**

*Daniel J. Courtade, M.D. FACC*
*Richard W. Grover, M.D. FACC*
*Kevin J. Miller, M.D. FACC*

380 Centre View Blvd.
Crestview Hills, Kentucky 41017

phone: 859-341-3015
fax: 859-341-3215

June 21, 2004

Nancy Metzger, M.D.
4341 Winston Avenue
Covington, KY 41015



RE: Robert Lehman
DOB:

Dear Nancy:

Bob is seen in the office today in follow up. He has been feeling somewhat dysphoric and apathetic, an affect apparently he has had in the past. He has been seeing you about it and his Zoloft has recently been increased. Apparently he has had some increasing difficulty at work. He is not on a regular exercise program. He denies any shortness of breath, palpitations, lightheadedness, orthopnea, PND or chest discomfort.

His current medications include the following: Toprol XL 50 qd, Zocor 40 qd, Lisinopril 10 qd, aspirin 325 qd, Plavix 75 qd, Vitamin E, Omega 3 fatty acids, dicyclomine, butalbital, Zoloft 150 qd, Protonix 40 qd, Glucovance and Avandia.

On examination today his weight is 283 pounds. In general he appears reasonably well and he is able to chuckle at times. Blood pressure is 124/82. Heart rate is 72 and regular. Respirations are easy. Sclerae are anicteric. There are no xanthelasma. Neck is supple. Carotid upstrokes are full and without bruit. Chest is nontender. Respirations are easy. Lungs are clear to auscultation. Heart-normal S1 and S2. There is no S3 gallop. There is no neck vein distention and no dependent edema. Abdomen is obese but nontender. Liver span is normal.

In summary:

1. Coronary artery disease status post PCI with placement of a Cypher drug eluting stent in the mid-anterior descending artery in February of this year. At the time he was demonstrated to have diffusely diseased small diagonal branch, diffusely diseased distal anterior descending artery, and a moderate diffuse disease of a dominant right coronary artery. He did have preserved left ventricular systolic function I think we can assume the same at present.
2. Hypertension, controlled.
3. Dyslipidemia apparently followed by yourself with a recent lipid profile.
4. Morbid obesity.
5. Reformed cigarette smoker having quit several years ago.

Nancy Metzger, M.D.
RE: Robert Lehman
6-21-04

Page Two

For now I would continue with his present medical regimen other than the Plavix. This he can stop. I will defer laboratory testing to you. I reinforced hypocaloric diet, regular exercise, and the need for home blood sugar monitoring, (apparently he has not been doing this). I will have him return to see me in six months. He is to continue his regular follow up with you.

Once again, I very much appreciate the opportunity to see this very nice gentleman in follow up.

Sincerely yours,

*[signature]*

Daniel J. Courtade, M.D.
DJC/ka

Copy via facsimile: 655-3683

CONFIDENTIAL    BL000401