

**DEFENDANT'S EXHIBIT**
16
5/18/12

**Alliance Primary Care**

Office Visit: NEW / ESTABLISHED Patient
NEW - All three key components must meet or exceed the stated requirements for that level.
ESTABLISHED - Two of the three key components must meet or exceed the stated requirements for that level.

Name: Robert Lehman   Age: 54   Date: 4/18/08   DOB: [redacted]

3 or ≥ = (●) BP: 20/04 (sit/stand) ___ (sup.)   P ___   R 16   T 98   Ht. ___   Wt. 316.4

### HISTORY

CC: Sinus infection, muscle spasms lower back, ? depression

**HPI**
- Location: meds
- Quality: HA pressure congestion
- Severity:
- Duration: bloody colored drainage
- Timing:
- Context: "not a happy person"   100 mg 1/3 [?]
- Modifying Factors:    20/04
- Associated Signs and Symptoms:

lot of chill @ work

Back pain

NEW - I, II - 1 to 3   III, IV, V - ≥ 4 OR ≥ 3 CP       EST - II, III - 1 to 3   IV, V - ≥ 4 OR ≥ 3 CP

### ROS
☐ See HPI    (+/-) comments required for (+) and pertinent (-) responses

| (+/-) | | (+/-) | |
|---|---|---|---|
| Constitutional | − | Musculoskeletal | + back pain |
| Eyes | | Skin/Breast | |
| Ears, Nose | + cong | Neurologic | |
| Mouth, Throat | | Psychiatric | + stress |
| Cardiovascular | − | Endocrine | ± [?] |
| Respiratory | − | Hem./Lymph. | |
| GI | − | All./Imm. | − |
| Genitourinary | − | | |

depression

NEW - I N/A   II - (+) and pertinent (-) for THE system related to CC.   III - (+) and pertinent (-) for 2 to 9 systems.   IV, V - (+) and pertinent (-) for ≥ 10 OS
EST - II N/A   III - (+) and pertinent (-) for THE system related to CC   IV - (+) and pertinent (-) for 2 to 9 systems   V - (+) and pertinent (-) for ≥ 10 OS

**PMFSH**
- Permanent chart problem/surgery list dated (___) reviewed/no change. OR updated (___)
- Permanent chart chronic med./all. list dated (___) reviewed/no change. OR updated (___)
- Permanent chart social/family history dated (___) reviewed/no change. OR updated (___)

**PMHx** ☐ None
- Medical
- Surgical
- Allergies
- Treatments
- Current Meds
- Injuries

**Allergies** ☐ See Database in chart
see chart

**Meds** ☐ See Database in chart
see chart

**FHx** DM, HTN, CA, CAD, Osteop., CVA
☐ See Database in chart

**SHx** Tob, ETOH, Drugs, Dom. Violence, Partner(s)
☐ See Database in chart

Tob ⊖
ETOH ⊕ couple a wk.

Occupation:

**Diet**
**Exercise**

NEW - I, II - N/A   III - ONE item from (PMH),(FH),or (SH)   IV, V - ONE item from TWO of the three (PMH),(FH),(SH)
EST - II, III - N/A   IV - ONE item DIRECTLY related to CC from (PMH),(FH) OR (SH)   V ≥ ONE item from TWO of the THREE (PMH);(FH) AND (SH)

BL000173