UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-165 (WOB-JGW)

ROBERT LEHMAN                                                            PLAINTIFF

VS.                                   <u>ORDER</u>

ST. ELIZABETH HEALTHCARE                             DEFENDANT

      This matter is before the Court on THE Motion of defendant (Doc. #19) to withdraw its objections (Doc. #18) to the Magistrate Judge's Order entered on August 17, 2012, and the Court being advised,

      **IT IS ORDERED** that said motion to withdraw is hereby **granted**, and the objections (Doc. #18) are hereby **withdrawn**.

      This 14th day of September, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge