# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | ) | |
| | ) | Case No.: 2:11-CV-165-WOB/JGW |
| Plaintiff | ) | |
| | ) | **ELECTRONICALLY FILED** |
| | ) | |
| | ) | **MOTION FOR SUMMARY** |
| vs. | ) | **JUDGMENT OF** |
| | ) | **DEFENDANT, ST. ELIZABETH** |
| ST. ELIZABETH MEDICAL CENTER, INC. | ) | **MEDICAL CENTER, INC.** |
| | ) | |
| | ) | |
| Defendant | ) | |

Defendant, St. Elizabeth Medical Center, Inc., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on Plaintiff's age and disability discrimination claims. A Memorandum in Support of this Motion and a proposed Order granting the same are attached.

Respectfully submitted,

/s/ Kelly A. Schoening
Robert M. Hoffer     (KBA# 32410)
Kelly A. Schoening (KBA #86745)
Nicholas C. Birkenhauer (KBA #91901)
Dressman Benzinger LaVelle psc
3500 Carew Tower
441 Vine Street
Cincinnati, OH  45202
(513) 357-5284
(513) 241-4551 Fax
E-mail: kschoening@dbllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

/s/ Kelly A. Schoening

348414v2