UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:11-cv-00165-WOB-JGW

ROBERT LEHMAN                                                                                PLAINTIFF

vs.

ST. ELIZABETH HEALTHCARE                                                        DEFENDANT

## PROPOSED ORDER

Upon Motion of Defendant, St. Elizabeth Medical Center, Inc. for Summary Judgment and the Court in all respects being sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiff failed to demonstrate a genuine dispute of material facts with respect to any of her claims against Defendants. Therefore, Defendants' Motion and Memorandum for Summary Judgment pursuant to Fed. R. Civ. P. 56 is hereby **GRANTED**. Plaintiff's complaint against St. Elizabeth Medical Center, Inc., is **DISMISSED**, with prejudice.

Dated this _____ day of _____, 2012.

                                                                                                                                    _____
                                                                                                                                    Hon. William O. Bertelsman

347040v2