## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | **PLAINTIFF'S UNOPPOSED MOTION** |
| | : | **TO EXTEND DEADLINE FOR FILING** |
| ST. ELIZABETH HEALTHCARE | : | **PLAINTIFF'S RESPONSE TO** |
| | : | **DEFENDANT'S MOTION FOR** |
| Defendant. | : | **SUMMARY JUDGMENT** |

Plaintiff Robert Lehman ("Plaintiff") hereby moves the Court for a short extension of the deadline to respond to Defendant's Motion for Summary Judgment in this case by seven days. Plaintiff will be out of the Cincinnati area from September 27, 2012 until October 15, 2012. Currently, Plaintiff's response to Defendant's Motion for Summary Judgment is due Friday, October 12, 2012. If the Court grants this Motion, the new deadline will be Friday, October 19, 2012. A proposed Order is attached. Counsel for Defendant has been contacted and does not oppose this Motion.

Respectfully submitted,

/s/ *Randolph H. Freking*
Katherine Daughtrey Neff (*Pro Hac Vice*)
Randolph H. Freking (23509)
Trial Attorneys for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*kneff@frekingandbetz.com*
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

*/s/ Randolph H. Freking*