Eastern District of Kentucky
**F I L E D**

SEP 28 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| ROBERT LEHMAN | : Case No. 2:11-cv-00165 |
| | : J. Bertelsman |
| Plaintiff, | : Mag. J. Wehrman |
| | : |
| vs. | : |
| | : ~~PROPOSED~~ **ORDER GRANTING** |
| ST. ELIZABETH HEALTHCARE | : **PLAINTIFF'S UNOPPOSED MOTION** |
| | : **TO EXTEND DEADLINE FOR** |
| Defendant. | : **FILING PLAINTIFF'S RESPONSE TO** |
| | : **DEFENDANT'S MOTION FOR** |
| | : **SUMMARY JUDGMENT** |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Deadline for Filing Plaintiff's Response to Defendant's Motion for Summary Judgment [Doc # 25]. The Court finds the motion to be well taken and hereby GRANTS Plaintiff an extension up to October 19, 2012 within which to file their response to Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

_____
Judge William O. Bertelsman