**Roxann Platek**

| | |
|---|---|
| **From:** | Martin Oscadal |
| **Sent:** | Thursday, September 09, 2010 10:25 AM |
| **To:** | Roxann Platek |
| **Cc:** | Lisa Blank |
| **Subject:** | Re: [secure] Bob Lehman [secure] |

Thanks

Marty

Sent from my iPhone

On Sep 9, 2010, at 10:02 AM, Roxann Platek <Roxann.Platek@stelizabeth.com> wrote:

> When I spoke to Gerald about whether he had all Bob's records, I sent you an email while I was speaking to him...however, here's the other things Gerald shared with me that you probably want to know also.
>
>
> He said he had enough information to believe there is a medical reason for him falling asleep on the job...he tied it to ADA...he said Bob's been non-compliant with his medical care and thus in the medical situation he's in....he has him set up for Dr. Haskell for first thing Monday...and Gerald plans to put him immediately on STD for the medical situation he's in right now....he said the question will be how HR wants to handle these situations as he has three like this....he's suggesting perhaps we consider a Return to Work agreement with compliance with health care to continue in position....said there is no precedent set previously so this was a possible approach.
>
>
> Roxann E. Platek, BA, SPHR
>
> Human Resources Advisor
>
> St. Elizabeth Healthcare
>
> 20 Medical Village Drive, Suite 271
>
> Edgewood, KY 41017
>
> PH: 859-301-5146
>
> FAX: 859-301-5179
>
> email: roxann.platek@stelizabeth.com

EXHIBIT NO. 1
Platek
AMS DEPO
513-941-9464

SEMC 0535

9/28/2010

**Roxann Platek**

**From:** Gerald Hynko
**Sent:** Tuesday, September 28, 2010 1:43 PM
**To:** Roxann Platek
**Subject:** FFD Recommendation

Roxann,

The following are a synopsis and recommendations from Dr. Brent Haskell's fitness for duty examination of B. Lehman:

Mr. Lehman reported he goes to bed between 2130 and 2200 hrs and goes to sleep around 2330 and 2400 hrs. He stated he arises at 0430. This gives him a consistent 4.5 to 5.0 hours of sleep. Mr. Lehman admitted to sleeping while at work. This is likely due to chronic fatigue resulting from inadequate sleep time. There is a possibility that the fatigue may be exacerbated by an inadequately treated diagnosed medical condition not mentioned by Mr. Lehman upon his initial meetings with his supervisor and HR. It is unlikely that his other medical problems are significant contributing factors. Mr. Lehman was advised to contact his specialist for review of his current treatment regimen due to the fact he has not followed up with his specialist in over a year and has had weight gain which could render his treatment regimen inadequate. Pending this review, Mr. Lehman is at an uncertain but elevated risk of falling asleep at work.

Thank you,
Gerald

Gerald R. Hynko, RN, BSN
Director, Employee Health
St. Elizabeth Healthcare
One Medical Village Drive
Edgewood, KY 41017
859-301-5528

PLATEK
EXHIBIT NO. 10
AMS DEPO
513-941-9464

SEMC 0516

9/28/2010

**Roxann Platek**

| | |
|---|---|
| **From:** | Martin Oscadal |
| **Sent:** | Thursday, September 09, 2010 10:04 AM |
| **To:** | Roxann Platek |
| **Cc:** | Lisa Blank |
| **Subject:** | Re: [secure] Bob Lehman[secure] |

Lisa

We need to get that meeting scheduled with Gerald ASAP.

Thanks

Marty

Sent from my iPhone

On Sep 9, 2010, at 9:43 AM, "Roxann Platek" <Roxann.Platek@stelizabeth.com> wrote:

> FYI. I've spoken to Gerald and he does now have all the medical records he needed on Bob
> Lehman.
>
>
> Roxann E. Platek, BA, SPHR
>
> Human Resources Advisor
>
> St. Elizabeth Healthcare
>
> 20 Medical Village Drive, Suite 271
>
> Edgewood, KY 41017
>
> PH:  859-301-5146
>
> FAX:  859-301-5179
>
> email:  roxann.platek@stelizabeth.com

Platek

EXHIBIT NO. 2

AMS DEPO
513-941-9464

SEMC 0536

9/28/2010

## Roxann Platek

**From:** Roxann Platek
**Sent:** Wednesday, September 15, 2010 9:27 AM
**To:** Lisa Blank; Martin Oscada
**Subject:** RE: [secure] Lehman [secure]

No worries...I didn't share Dr. Haskel's information because I didn't think we were ready to do so at this point....so I deferred by telling him I needed to check.

He thought he'd already been "punished" by having to be off work without pay....and it seems he thinks he's off the hook if medical...I still don't believe he's "owning" it.

-----Original Message-----
**From:** Lisa Blank
**Sent:** Wednesday, September 15, 2010 9:20 AM
**To:** Roxann Platek; Martin Oscada
**Subject:** RE: [secure] Lehman [secure]

Well, based on what Gerald said, Dr. Haskel said sleep apnea is not going to be considered a valid medical excuse for sleeping on the job and only narcolepsy would be something we would have to look at.
But please wait until we get the report back from Dr. Haskel. I don't know why he thinks he wont receive discipline?

*Lisa Blank, MS BSN RN PHR*
*Director, Recruitment/Employee Relations*
*Human Resources*
*St. Elizabeth Healthcare*
*859-301-5149(office)*
*859-301-5179 (fax)*

-----Original Message-----
**From:** Roxann Platek
**Sent:** Wednesday, September 15, 2010 9:08 AM
**To:** Lisa Blank; Martin Oscada
**Subject:** [secure] Lehman [secure]

Bob called and he said something's been bugging him since the meeting with Mike Kraft and you, Lisa. He said if it's determined his sleeping is a result of a medical reason, how would he still be placed on a Level III? I simply told him I wasn't sure of the answer not having had a situation like this but I would check on it today, and get back with him.

How would you like me to respond?

Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH: 859-301-5146
FAX: 859-301-5179
email: roxann.platek@stelizabeth.com



SEMC 0533

**Roxann Platek**

| | |
|---|---|
| **From:** | Lisa Blank |
| **Sent:** | Thursday, August 19, 2010 3:03 PM |
| **To:** | Michael Kraft; Roxann Platek |
| **Cc:** | Doug Chambers |
| **Subject:** | RE: [secure]Ken Rasor-confidential[secure] |

Mike, If in fact Bob was sleeping and she witnessed it, we need to address it...we cant, and I know you this, retaliate against Ken for this...Its important we treat him just like all of our associates..but did Kim witness the sleeping? She was definitely told about it and why would Ken do this if he didn't see it? Maliciously?

*Lisa Blank, MS BSN RN PHR*
*Director, Recruitment/Employee Relations*
*Human Resources*
*St. Elizabeth Healthcare*
*859-301-5149(office)*
*859-301-5179 (fax)*

-----Original Message-----
**From:** Michael Kraft
**Sent:** Thursday, August 19, 2010 2:28 PM
**To:** Lisa Blank; Roxann Platek
**Cc:** Doug Chambers
**Subject:** RE: [secure]Ken Rasor-confidential[secure]

Lisa and Roxann,

I was just speaking with Kim and asked her how things were in the office. She was somewhat reluctant to talk because she said she is afraid to get on Ken's bad side. She referred to Ken as someone who creates problems and who will not stop until he wins, and she did not want him coming after her. She further stated that she has witnessed what he has done to people for the last 15 years and that concerns her.

She told me that Ken has pointed out to her that Bob has fallen asleep in the office on several occasions. I was quite surprised by this, since I have never seen this. With my schedule I cannot always be in Edgewood; however I do try to walk into the office frequently when time permits it. I am not sure if Bob nodding off is a result of his diabetes and low blood sugar or what? He is currently in Ft. Thomas assisting officers with a new report, but I will speak to him about this in the morning.

Kim did not tell me about this because Bob is a nice guy and she did not want to get him in trouble. She has to work very closely with all the officers and because of that she tries to do her work without getting too involved in office issues. Ken is constantly trying to involve her and others in his issues. When I have employees telling me that they are concerned about an officer retaliating against them for telling their boss the truth, then I have a problem that I feel I must deal with. I feel that I have a responsibility to Kim and everyone else in the Edgewood Security Department to follow up on this. However if I speak to Ken I believe it will only inspire him even more, and cause more problems and more worries for Kim and others in the department. I have asked Kim to tell me when she is feeling uneasy, and informed her that she should never be afraid of any officer or of telling me anything. I know that Kim would talk to HR; however if we are going to involve her I want to make sure that we are prepared to deal with Ken and take this situation to a conclusion that works for the department and the hospital.

As always, I welcome your input.

Thanks,



Platek
EXHIBIT NO. 4
AMS DEPO
513-941-9464

SEMC 0465

9/28/2010

Mike

---

**From:** Michael Kraft
**Sent:** Thursday, August 19, 2010 9:18 AM
**To:** Lisa Blank; Roxann Platek
**Cc:** Doug Chambers
**Subject:** RE: [secure]Ken Rasor-confidential[secure]

Lisa and Roxann,

I can assure you that Bob is not sleeping in the office. The office that Bob works out of is in the main security office and the door remains open unless Bob is having a private conversation. In addition to assisting the officers with calls, I have assigned many duties to Bob; including maintaining the daily schedule, oversight of the training schedule, purchasing of equipment, and assisting Security Managers from the other units with issues that have arisen with the new dispatching system. Bob is completing these tasks in a timely manner and his work has met my expectations. He would not be able to do this if he was sleeping.

The meetings with Ken were absolutely set up to open the lines of communication and meet a deficiency that Ken said existed. The majority of what has been discussed has been positive; however Ken focuses on any issue we ask him to work on. In our last meeting, Ken accused both Bob and I of lying and his statement to Roxann is just another false statement made by Ken against management. I believe we are at a crossroads with Ken in that he is not willing to take any type of constructive criticism and now wants a witness every time either Bob or I speak to him. This pattern has been used by Ken with management for many years. His anger and actions are clearly a detriment to the Security Department and the hospital. His actions are affecting other employees as he tries to rally people to his cause. I am attempting to take the security department to the next level and I don't believe that Ken is willing to take that step. I believe that we need to determine from a hospital standpoint if we want to continue to allow marginal employees to act in this fashion or if we want to move forward? I welcome your input.

Thanks,

Mike

---

**From:** Lisa Blank
**Sent:** Thursday, August 19, 2010 8:44 AM
**To:** Roxann Platek; Michael Kraft
**Subject:** RE: [secure]Ken Rasor-confidential[secure]

The meetings were intended to be beneficial to him and keep lines of communication open. If he doesn't believe they are beneficial..why don't you put it in writing to him that since he is not getting any satisfaction out of the meetings that future meetings will be on a as needed basis or when either party requests one for instances of good things and constructive things. He is never going to agree on anything with you Mike...he doesn't feel supported and these meetings were intended to better relationships/communication with mgmt and he has a paranoia about everything. Roxann, the language has not changed since the beginning and that's his tag line so Im not concerned that there is anything new. I do worry about the sleeping complaint? I think we need to document we looked into that..
Ken needs to know that we will continue to do our job and speak with him about issues..that meaning Mike or HR. He is going to have to figure out how he is going to deal with that...

*Lisa Blank, MS BSN RN PHR*

SEMC 0466

9/28/2010

*Director, Recruitment/Employee Relations*
*Human Resources*
*St. Elizabeth Healthcare*
*859-301-5149(office)*
*859-301-5179 (fax)*

-----Original Message-----
**From:** Roxann Platek
**Sent:** Thursday, August 19, 2010 8:36 AM
**To:** Lisa Blank; Michael Kraft
**Subject:** [secure]Ken Rasor-confidential[secure]

Lisa and Mike,

Last week when Mike, Bob and I met with Ken Rasor, I felt Ken left the meeting unsatisfied.

I asked Mike if he minded that I meet with Ken and inquire further into how he felt things were going. Mike kindly agreed especially if it would help things. I'm not sure it will however, here's the information I was able to gather for our consideration.

I asked Ken if he received the email I forwarded from you Lisa about the purpose of the meetings. I asked if he felt the meetings were beneficial. He didn't really feel they were beneficial because he believes it's "real purpose" is to create issues that will show up on his upcoming performance review or worse. However, he doesn't want to be the one to stop the meetings. He felt that would make him look bad.

Basically, he believes the meetings are a time for Mike and Bob to bring up concerns and he thinks they are doing this with the hope that it "sticks" and can later become a disciplinary action. So he feels compelled to defend himself in the meetings with each concern. Though positive things are brought up too, he receives little satisfaction from these.

He also stated he felt Mike and Bob were "bullies" and "harassed" him. They were trying to "bully" him out of the organization. He feels "attacked" when Mike has spoken to him recently about issues. He cited the situation about a month ago, right after our group meeting, that he states Mike told Ken that he'd asked Kim and Bob about what Kim had shown them regarding the report and spell checker. He felt Mike reprimanded him that Ken was not doing the job the hospital wanted. As a result of this incident, he asked that Mike and Bob not be allowed to speak to him in that manner without a witness present. Lisa, he said this was something you both had discussed previously. He wants a witness to protect against what he calls "harassing" behavior. He puts it, "he wants the harassing to stop."

He stated often he doesn't believe "supervision/Bob/Mike" takes his concerns seriously and gives him support especially regarding the issue of the *reports and spell check*. He expected Bob to fix the problem for him. I asked him why can't he call the Help desk himself. Does he have to have his supervisors ok or help to do this when all employees are given the brochure and told it's a resource. He still expected Bob to aid him and he's convinced that he was not provided help on purpose. He also doesn't believe Bob gives proper backup when there is an emergency and only two on duty, and it takes him a long time to respond to these. He believes Bob sits and sleeps in the office.

As you know, he has a lot of anger over past incidents, though construed as constructive criticism by most (perf review & mtgs with Doug, both of you), he construes as a major criticism. He feels he was an above average to excellent employee when Greg was there and now that Mike is there, he feels he's out to get him, his performance is lower, and has to defend himself at each turn of events.

Regarding my involvement, he thinks I'm too optimistic regarding Mike and Bob's actions. He thinks Mike "tones down his behavior" in my presence at the meetings. I offered to allow someone else to help him and be there at the meetings if he wasn't satisfied with my support role

SEMC 0467

to all of them, and he said no, he was fine with that. He just wanted me to open my eyes to see
things the way he sees them. I told him I didn't see it the way he does on several of these issues
and he believes I'm "taking the company line." Still he thanked me as he left.

I've thought on this meeting quite a bit and what would I recommend. Mike, it's clear, he reacts
negatively to not only what you tell him but how you speak to him. He includes Bob there too. I
know he's exasperating when he can't get over an issue and makes a small issue into a big one.
He has so much anger that I don't think he can see things clearly and put proper weight into
things. Mike, as you know from past meetings, Ken feels "singled out" by having to go through
the meetings. He clearly thinks they are "disciplinary" even when we tell him over and over that
they are not. I'm concerned by the language he is beginning to use referring to you as a bully
and harasser, and I believe we should take some steps regarding the allegations. And I believe
we should take some steps regarding the anger.

Your thoughts.

Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH: 859-301-5146
FAX: 859-301-5179
email: roxann.platek@stelizabeth.com

SEMC 0468

9/28/2010

## Roxann Platek

**From:**    Kim Difilippo
**Sent:**    Tuesday, September 07, 2010 9:23 AM
**To:**      Roxann Platek
**Subject:** RE: Question

Hi Roxanne,

Can I come over to see you to talk about this?

Kim

**From:** Roxann Platek
**Sent:** Wednesday, September 01, 2010 7:04 AM
**To:** Kim Difilippo
**Subject:** Question

Hi Kim,

I need your honest assistance with the situation that Mike spoke to you about regarding Bob sleeping at
work...
Can you tell me how many times you know of him sleeping on the job and for how long each time?

Feel free to call me if you have questions Kim.

Thanks!

Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH: 859-301-5146
FAX: 859-301-5179
email: roxann.platek@stelizabeth.com

EXHIBIT NO. 5
AMS DEPO
513-941-9464

SEMC 0463

9/28/2010

## Roxann Platek

**From:** Roxann Platek
**Sent:** Tuesday, September 07, 2010 3:42 PM
**To:** Lisa Blank; Martin Oscadal
**Subject:** [secure] Kim Difilippo's ad'l info about Bob Lehman [secure]

Kim was off last week and returned today, and I just met with her about Bob Lehman.

She said she's only seen him in his office sitting at his desk with his eyes closed three times. Two times, Ken Rasor brought it to her attention. Another time, Mike Boarman brought it to her attention because of Ken's prompting. Her desk is outside Bob's office and her back faces his outer wall & door. So she did not see this on her own. Each time, one of them pointed it out to her saying something like "see he's asleep." She would roll her chair from her desk to the side so that she was in front of Bob's door and she would see his eyes closed, then she would roll her chair back and just confirm to them that she saw it. She resumed her work and was not monitoring Bob's sleep time. She felt Ken and Mike were bringing it up to get Bob into trouble or to put him down. She felt the motive was for Ken's purposes in all cases. She feels Ken stirs things up in the office and brings to others' attention any wrong doing or inconsistency. She feels Ken is angry from many, many years ago not getting a supervisor position (predated her 18 years here) and his anger is directed to all in authority. She doesn't want to get on Ken's bad side because she's observed how he treats those not on his side (like how he treats Bob-they worked on the same shift for years-yet he now tries to tear him down). She herself wants simply to do her job and she feels she's here for that purpose and not to get involved in all the drama. She doesn't want to be drawn in by Ken's promptings. So she hasn't participated by taking it further. She also feels Bob has some medical issues that could be contributing to these times she saw him sleeping. She also said she wasn't sure if he might have been on break either. So she didn't want to accuse him of anything since she wasn't certain. She didn't feel it was a big problem. She felt if it were she said she would have told Mike Kraft but she saw it as Ken just trying to stir it up. She sits in the middle of the office with all the security officers and she tries to stay neutral about everything to keep up good relations with them. Other comments she's heard Ken make that make her think he's just stirring things up include it's ridiculous that Bob doesn't do runs...can you believe he gets paid to sleep at work...saying these to other security officers. She fears that Ken will learn that she was here talking about him today and that she'll be on his bad side and he'll begin to treat her badly too. I've told her that this information will be shared with you both.

Let me know if you need anything else.

Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH:  859-301-5146
FAX:  859-301-5179
email:  roxann.platek@stelizabeth.com

SEMC 0462

9/27/2010

**Roxann Platek**

| | |
|---|---|
| **From:** | Roxann Platek |
| **Sent:** | Tuesday, September 14, 2010 11:19 AM |
| **To:** | Lisa Blank; Martin Oscadal |
| **Subject:** | [secure] Bob Lehman [secure] |

FYI.
When Gerald called me back about the Flor Sec Ofcr I just referred for Fitness for Duty, Gerald told me he and
Dr. Haskell met (to discuss Lehman and other similar situations) and that it appears they'll be recommending that
no medical excuse will be acceptable for falling asleep on the job except narcolepsy. Other conditions may
contribute to sleepiness but do not result in uncontrollable sleeping. They are still working on the reports to you
about this.

The other thing he shared was the Sec Super job description references "light duty" which may be different that
the actual duties we are currently expecting. I believe Lehman must respond/backup and monitor the monitors
when he's part of a two person crew but I don't think he does these when there are three or more scheduled. If
true a revision might be needed in our current job description to reflect this.   Gerald said the actual duties would
overrule the job description even if not current if we were being audited by EEOC.

Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH: 859-301-5146
FAX: 859-301-5179
email: roxann.platek@stelizabeth.com

PLATEK
EXHIBIT NO.
AMS DEPO
513-941-9464

SEMC 0534

9/28/2010

Talking Points
I prepared for Mike Kraft
for term mtg.

- Thanks
- Timeframe/service
- Medical
- Policy
- Factors
- Decision



SEMC 0512

Bob,

Thank you for your patience as we went through this process. The reason we took so long was for several reasons but upper most was our desire to fully consider all the elements of the situation in fairness to you and given all your faithful years of service here. When asked about the sleeping, to your credit, you admitted this had been happening. When you said it was due to medical reasons, we took the path to find out if a medical reason could be the cause of you sleeping. That has been completed now and the medical opinion is that only the diagnosis of narcolepsy would be the only acceptable diagnosis for a medical condition causing a person to fall asleep uncontrollably on the job. So this is the only reason for which a person could claim their sleep was caused by their medical condition. So having eliminated a medical condition as the cause of sleep puts the situation back into the performance arena.

Our Disciplinary policy states sleeping on the job is subject to either a level III or discharge. Remember steps can be skipped when a situation warrants it.

Your situation has been considered by Mike, Doug Chambers, Lisa Blank, Marty Oscadal and John Dubis. Because you work in security, sleeping on the job is considered a security risk.... Because you are a supervisor, you are held to a higher standard.... Because you slept multiple times it wasn't just the first occurrence and it's been witnessed by multiple people... Because you observed others on your staff do it without enforcing the policy you in essence were saying it was ok to do it....and other situations of sleeping on the job were considered as well.... Given all this, the decision is to discontinue your employment effective immediately.

SEMC 0513

Term Mtg-Bob Lehman

Today Mike Kraft and I met with Bob Lehman to conclude the investigation and administrative suspension and let him know the outcome to this process.

Mike thanked Bob for his patience during this process. He indicated that we wanted to make sure to consider all the facts of his situation especially given he's a 34 year employee. In fact, the situation was reviewed by him, me, Lisa Blank, Marty Oscadal, Doug Chambers and even John Dubis. He pointed out that when Bob was initially asked about whether he had fallen asleep on the job, we appreciated the fact that he admitted to it. He stated he thought it was due to his medical conditions and went through the employee health evaluation. But the outcome to that was only one condition, narcolepsy, is acceptable as a reason for an employee to fall asleep at work. No other medical condition causes someone to fall asleep uncontrollably. Bob asked about this inquiring was that Dr. Haskell's opinion. We confirmed it was and added that it was determined that some conditions may cause a person to feel sleepy but they are still in control. Narcolepsy is uncontrollable sleeping and Mike shared an example. Mike went on to say that Bob's medical conditions would not be acceptable reasons for sleeping in the hospital's policies. He pointed out that in the policies it states sleeping can be a level III or a dismissal. He referred to the Security dept is held to a higher standard as with nurses because they are protecting people. He pointed out that as a supervisor he would need to enforce these policies also. But the decision was to terminate his employment after all was considered.

Bob was clearly surprised and fighting back emotion when he heard the news. He thought it would be a level III instead and felt his years of service were not that important to the organization and John Dubis. He was assured it was and that was one of the things that made this so hard. He felt he was being held to a higher standard which we agreed was true and as explained due to his having falling asleep multiple and being in the role of supervisor having failed to enforce the rules with his own people. He was also witnessed falling asleep by multiple people and had fallen asleep on multiple occasions. He thought there was only one mentioned to him when he met with Lisa Blank. I told him while he's been off we continued to investigate and learned of more information to which he said "oh." He did not agree with Dr. Haskell. He also stated he knew of many situations around the company that were not dealt with. I pointed out that though I couldn't share details we were dealing with several other sleeping situations even now and the organization had to be consistent and look at the bigger picture and it isn't just about him having 34 years here. Anyone of us could have lots of years of service but violate a policy that subjects us to dismissal and we would probably lose our job. He didn't feel there was any further use to discuss the situation. He did not feel it would benefit him. I reviewed the Term Packet with him but as he was preparing to leave, he pulled out the Exit Interview form and tossed it toward us, and stated he did not want to complete it because no one cared to hear and deal with his concerns over the past 34 years so why should he share them now. He said he felt he was being punished for being honest. We finished up and he left clearly angry though I wished him well, told him had been a pleasure knowing him and that we were sorry that this was the resulting outcome.

Prepared by Roxann Platek, HR Advisor

S:\EMPLOYEE RELATIONS\2010\RP-Term Mtg-Lehman, Robert, 9-22-10.doc

EXHIBIT NO. ___

AMS DEPO
513-941-9464

SEMC 0464

14

**Roxann Platek**

| | |
|---|---|
| **From:** | Lisa Blank |
| **Sent:** | Monday, September 27, 2010 1:28 PM |
| **To:** | Roxann Platek |
| **Subject:** | RE: [secure] Bob Lehman[secure] |

I haven't received anything...

> -----Original Message-----
> **From:** Roxann Platek
> **Sent:** Monday, September 27, 2010 1:27 PM
> **To:** Lisa Blank
> **Subject:** [secure] Bob Lehman[secure]
>
> Hi Lisa,
> If you've gotten Gerald's write up regarding Bob Lehman and Dr. Haskell's fitness for duty, would you
> please forward a copy to me and Mike in preparation for the dispute meeting. I think Gerald was going to
> send it to you and Marty when he and I talked about it on Friday.
>
> Thanks!
>
> Roxann E. Platek, BA, SPHR
> Human Resources Advisor
> St. Elizabeth Healthcare
> 20 Medical Village Drive, Suite 271
> Edgewood, KY 41017
> PH: 859-301-5146
> FAX: 859-301-5179
> email: roxann.platek@stelizabeth.com

PLATEK
EXHIBIT NO. 9
AMS DEPO
513-941-9464

SEMC 0517

9/28/2010

(EIRE41@netscape.com) - Wed, 09/07/11 20:02:59 -0400

**Show Full Headers** | **Print** | **Close Printer View**

From:     <EIRE41@netscape.com>
To:       "Roxann Platek" <Roxann.Platek@stelizabeth.com>
Cc:       <lisa.edmonds@stelizabeth.com>
Subject:  RE: Dispute Resolution
Date:     Tue 09/28/10 05:08 PM

Roxann,

Monday 10/4/10 at 1 PM will be great. As to documentation, I received nothing and would like to have a copy of the medical report from Dr. Haskel as well as the Policies used and evidence that led to my termination for not doing my job as supervisor. As I have no access to them could you please have Lisa bring them?

Thanks
Bob

--- Roxann.Platek@stelizabeth.com wrote:

From: Roxann Platek <Roxann.Platek@stelizabeth.com>
To: "'EIRE41@netscape.com" <EIRE41@netscape.com>
Subject: RE: Dispute Resolution
Date: Tue, 28 Sep 2010 16:50:16 -0400

Thank you!  In preparation for your meeting, we'll need copies of any documentation you want considered...we'll need them prior to 48 hrs of the meeting (excluding Sat and Sun)...we've set aside 1 pm Monday 10/4 for you to meet with Mike Kraft and Lisa Edmonds, HR Advisor, in her office in HR at Edgewood...So your documentation needs to be here by 1 pm on Thursday Sept 30th.  We will be considering the desired resolutions you indicate below and as I understand it you feel the decision to terminate was too harsh.  Make sure you are prepared to discuss your reasoning & facts behind this.  Please confirm back that you will be in attendance at this meeting.  Also, from this point forward, include Lisa Edmonds on any email communication since I will be out of the office and she will be covering and monitoring the timeliness of the meetings and compliance with the Dispute Policy while I'm gone.  If you have any questions or need further assistance on this, feel free to call me tomorrow at 859-301-5146 or Lisa Edmonds at 859-301-5145.

Lisa's email is lisa.edmonds@stelizabeth.com<mailto:lisa.edmonds@stelizabeth.com>

Thank you!
-----Original Message-----
From: EIRE41@netscape.com [mailto:EIRE41@netscape.com]
Sent: Tuesday, September 28, 2010 12:46 PM
To: Roxann Platek
Cc: Bob Lehman
Subject: Dispute Resolution

Roxanne,

The e-mail address I gave you is in fact my personal address.

Add to the section please "Desired Resolution:"

PLATEK

EXHIBIT NO. 11

AMS DEPO
513-941-9464

     Reinstatement with no disciplinary action.  No retaliation against myself or others.
     Reinstatement with full benifits and no loss of senority or pay.

I am going to be available next week starting on Monday. Please let me know what time and date you would like me to meet with Mr. Kraft and you.

http://mail.isp.netscape.com/email/scripts/view.pl?fullHeaders=&mid=13&folder=Unemp...  9/7/2011

BL000036

(EIRE41@netscape.com) - Wed, 09/07/11 19:57:44 -0400

**Show Full Headers | Print | Close Printer View**

**From:**     Roxann Platek <Roxann.Platek@stelizabeth.com>
**To:**       "'EIRE41@netscape.com'" <EIRE41@netscape.com>
**Subject:**  RE: Dispute Resolution
**Date:**     Tue 09/28/10 04:50 PM

Thank you!  In preparation for your meeting, we'll need copies of any documentation you want considered...we'll need them prior
to 48 hrs of the meeting (excluding Sat and Sun)...we've set aside 1 pm Monday 10/4 for you to meet with Mike Kraft and Lisa
Edmonds, HR Advisor, in her office in HR at Edgewood....So your documentation needs to be here by 1 pm on Thursday Sept
30th.  We will be considering the desired resolutions you indicate below and as I understand it you feel the decision to terminate
was too harsh.  Make sure you are prepared to discuss your reasoning & facts behind this.  Please confirm back that you will be
in attendance at this meeting.  Also, from this point forward, include Lisa Edmonds on any email communication since I will be
out of the office and she will be covering and monitoring the timeliness of the meetings and compliance with the Dispute Policy
while I'm gone.  If you have any questions or need further assistance on this, feel free to call me tomorrow at 859-301-5146 or
Lisa Edmonds at 859-301-5145.


Lisa's email is lisa.edmonds@stelizabeth.com


Thank you!

              -----Original Message-----
              **From:** EIRE41@netscape.com [mailto:EIRE41@netscape.com]
              **Sent:** Tuesday, September 28, 2010 12:46 PM
              **To:** Roxann Platek
              **Cc:** Bob Lehman
              **Subject:** Dispute Resolution


       Roxanne,


       The e-mail address I gave you is in fact my personal address.


       Add to the section please "Desired Resolution:"


              Reinstatement with no disciplinary action.  No retaliation against myself or others.

              Reinstatement with full benifits and no loss of senority or pay.


       I am going to be available next week starting on Monday. Please let me know what time and date
       you would like me to meet with Mr. Kraft and you.

http://mail.isp.netscape.com/email/scripts/view.pl?fullHeaders=&mid=14&folder=Unemp...  9/7/2011

**BL000034**

Disp. de Mts
Mr. Lewis + Bob Lehman

Sorry Bob to come to this
Gathering info - tell him what's gone on - like to go
Bob Thanks
B - dedic 39 yrs to SE - still wants to continue to work here
a mistake was made he needs it not when not malice
allowed fatig to interfere with job didn't take proper
steps to alleviate. Entire time + all prev sine disip
He hopes less than term for violation. Feel he's been
valuable. feel his support of MK + direction of dept.
J - needed?
B - Complaint to MK sleeping on duty MK called him in
admitted - go slept break lunch - looked for
policy - didn't see anything - MK don't remind you
can do it on break + lunch
J - Where's in Ofc - see Ofc
B Often - went - J once a week - no It wasn't that
often - just off + on - J just trying to get info
B - My mistake is simple + supported MK + direction
day shift - pay cut - similar ideals for dept

B Blood Sugar diabetes
J recent diag
B no been diagnosed for a bit
B Recently move to day shift - his chgs -
diabetes
J what about - sick

EXHIBIT NO. 12
PLATEK
AMS DEPO
513-941-9464

SEMC 0473

J implant white 2nd

B no 1st

B 2nd onset 32 yr
    6³⁰ – 3⁰⁰    1½ yr

J ask complaint about her or 2nd

B not sure

J but or not 1½

B didn't know wrong
    Supervisor those 30 + yr
    doesn't do it intentional or w/malice
    when disc w 40 Lev II thought excessive
    what about his yrs of service
    he thought that would be it

J disc so this spot less rec 30 + yr
    but one thing can get dismissed

J also understand allowed see & obey

B when Greg Poynton + Putnam
    went to 1 attn - see sleep in truck
    Greg laughed - others in ofc senior
    no action - he told indiv not to
    do this again + he never did it again
    believe he didn't issue it + took care
        of it

J did you ever want to HR

B No - believe stonewalled by Greg + Putnam
    + atmosphere in ofc

J policy - isn't it reasonable - no sleep on job
    + deys

B yes agree
B   mistake

SEMC 0474

dept head chg - + philosoph chgs

not mentoring woman

mine hurt get a 2nd chance

never his int to + to end career this way.

J    All terms considered

this situa - severe enough to warrant

term - similar rewards long term

career + must deal with the issue

that brought discip

anything else ?

B    No idea

J    Did you go to Emp Health ?

B    He knew she'd anything further

Doesn't know outcome + never R'md

J    Will follow up            to follow up.

you need let

J    Told medical record            n'td

there no reason to cause

discp orjbs.

J    By the way, will speak to others.

B    Rex told him only acceptable

way Narcolepsy.

LB told her TT + manager

this even if a med reason

J    tell you never very very up to

To this organiz - love of faith

in decent - put + the dig it,

SEMC 0475

For abt
patient Kuhn
staff at higher standard became
we depend upon you - & same with
other organ - people sneak in
steel stuff - had hospe sec to
higher stand - hospe maybe
no risk to patient - security
higher stand + expect to be
able to react quickly - standard
here - ees told security - doesn't
feel safe - see them sleeping +
smoking - doesn't feel safe
thinks about terrorism - locks
doors - staff is real - security
has to be higher stand - no hospe
- patient safety not impacted - will
get more details & respond to you.
represents person who works here a
long time understands dedication
+ commitment. also can have
one episode even though stellar.
Not the outcome just wants this
understood.

SEMC 0476

B  Dedication + once he said would
not let it happen again.

9  Shares his perspective + its a tough decision
Best interest of organ - not to see ees over ees -

on purpose & mission patients &
families (st.

SEMC 0477

Call to Bob Lehman at 513-574-4105 on Tuesday 9/28/10 at approximately 8:55 am.. No
answer. Left a message.

My message stated that I was calling back because I'd not heard back from him replying
to my message yesterday. I'm getting the impression he thinks the Dispute Process is a
legal process and it's not. I just wanted to clarify that for him. I also wanted to clarify
that the only thing the Dispute process enables him to do is to dispute whether we
followed our policies or to have the decision for termination reverse so that in essence,
he's requesting reinstatement and a Level III if he felt it was too harsh. I just wanted to
clarify this so he understood. I also told him that we won't be corresponding with him in
writing if the email address is to anyone else except his personal email address. It's not a
legal process. It's just between him and us. So if it's not his personal email address, then
we'll need him to supply his personal email address to us for any written correspondence
between us. I asked that he call me back.

Prepared by Roxann Platek, HR Advisor


S:\ADVISORS\Platek, Roxann\Dispute-Lehman, Robert, 9-27-10\RP-Lehman, Robert
PH Call 9-28-10-9 am-Disp Proc Clarification.doc



PLATEK
EXHIBIT NO. 13
AMS DEPO
513-941-9464

SEMC 0505

**Roxann Platek**

| | |
|---|---|
| **From:** | Roxann Platek |
| **Sent:** | Monday, September 27, 2010 1:59 PM |
| **To:** | Michael Kraft |
| **Subject:** | Dispute Docs |

Mike,
I spoke to Lisa Blank Friday before the end of the day.  She does not believe we will need notes from Doug, Marty or John for this step.


Roxann E. Platek, BA, SPHR
Human Resources Advisor
St. Elizabeth Healthcare
20 Medical Village Drive, Suite 271
Edgewood, KY 41017
PH:  859-301-5146
FAX:  859-301-5179
email:  roxann.platek@stelizabeth.com

PLATEK

EXHIBIT NO. 14

AMS DEPO
513-941-9464

SEMC 0527