# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | |
| ST. ELIZABETH HEALTHCARE | : | **PROPOSED ORDER DENYING** |
| | : | **SUMMARY JUDGMENT** |
| | : | |
| Defendant. | : | |

For the reasons cited in Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, and for good cause shown, Defendant's Motion for Summary Judgment is hereby denied.

**IT IS HEREBY ORDERED** that this case shall proceed to trial.


Dated: _____          _____
                                                           Judge William O. Bertelsman