UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

ROBERT LEHMAN : Case No. 2:11-cv-00165
: J. Bertelsman
    Plaintiff, : Mag. J. Wehrman
:
vs. :
:
ST. ELIZABETH HEALTHCARE : **AFFIDAVIT OF ROBERT LEHMAN**
:
    Defendant. :

Affiant, Robert Lehman, being first duly cautioned and sworn, states as follows:

1. I have personal knowledge of and am competent to testify to the following matters.

2. On the handful of occasions during which I fell into a light sleep while on break or at lunch, I was in my office and had the door open.

3. When I told my previous supervisor, Greg Popham, that I had observed security guards sleeping on the job, Mr. Popham just laughed it off.

4. Although Gerald Hynko, the head of Employee Health at St. Elizabeth, had learned of my health conditions including diabetes and sleep apnea, he never raised the possibility that I could request an accommodation or spoke to me in any way about requesting an accommodation.

5. While I was grieving my termination through Defendant's dispute resolution procedure, I told Douglas Chambers that I had purchased a special alarm used by truck drivers to keep them awake and was prepared to ask my doctors for any additional assistance in staying awake during the day. I also told John DuBis, Defendant's COO, about the alarm and asked to be returned to work using it. This alarm was readily available and cost approximately $30. I even offered to pay for the alarm myself.

6. My doctors have explained to me that if my diabetes went unchecked, I would risk amputation of my feet, organ damage, substantial damage to my eyesight and eventually, death.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Lehman

Sworn to and subscribed before me on this 18 day of October, 2012.

_____
Notary Public

DANIELLE MENZER
Notary Public, State of Ohio
My Commission Expires Dec. 22, 2016
Recorded in Hamilton County