**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | |
| ST. ELIZABETH HEALTHCARE | : | **ORDER GRANTING** |
| | : | **PLAINTIFF'S MOTION FOR** |
| | : | **HEARING ON DEFENDANT'S** |
| Defendant. | : | **SUMMARY JUDGMENT MOTION** |

Pending before this Court is Plaintiff's Motion for a Hearing on Defendant's Motion for Summary Judgment.  Upon review, the Court finds this Motion well taken and a hearing on the Motion for Summary Judgment will be scheduled at the Court's discretion.

**IT IS SO ORDERED**.


Dated: _____          _____

                                              Judge William O. Bertelsman