**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | **NOTICE OF FILING** |
| ST. ELIZABETH HEALTHCARE | : | |
| | : | |
| Defendant. | : | |

Pursuant to the Court's October 22, 2012 Notice of Deficiency, Plaintiff hereby submits a proposed Order granting his Motion for a Hearing on Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ *Katherine Daughtrey Neff*
Katherine Daughtrey Neff (*Pro Hac Vice*)
Randolph H. Freking (23509)
Trial Attorneys for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio 45202
Phone: (513) 721-1975/Fax: (513) 651-2570
*kneff@frekingandbetz.com*
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ *Katherine Daughtrey Neff*