```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                      NORTHERN DIVISION
                        AT COVINGTON
```

CIVIL ACTION NO. 2011-165 (WOB-JGW)

ROBERT LEHMAN                                              PLAINTIFF

VS.                            <u>ORDER</u>

ST. ELIZABETH HEALTHCARE                                   DEFENDANT


This matter is before the Court on the motion of plaintiff for oral argument (Doc. #41) on the pending motion of defendant for summary judgment (Doc. #24), and the Court being advised,

**IT IS ORDERED** that said motion for oral argument is hereby **granted**, said oral argument to be held on **MONDAY, JANUARY 17, 2013 at 1:00 p.m.**

This 21st day of December, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge