UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-165 (WOB-JGW)

ROBERT LEHMAN                                                    PLAINTIFF

VS.                          **AMENDED ORDER**

ST. ELIZABETH HEALTHCARE                                         DEFENDANT


    This matter is before the Court on the motion of plaintiff for oral argument (Doc. #41) on the pending motion of defendant for summary judgment (Doc. #24), and the Court being advised,

    **IT IS ORDERED** that said motion for oral argument is hereby **granted**, said oral argument to be held on **THURSDAY, JANUARY 17, 2013 at 1:00 p.m.**

    This 27th day of December, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge