UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-165 (WOB-JGW)

**ROBERT LEHMAN**                                                                **PLAINTIFF**

VS.                                        <u>ORDER</u>

**ST. ELIZABETH HEALTHCARE**                                   **DEFENDANT**


This matter is before the Court on the motion of defendant for summary judgment (Doc. 24).

The Court heard oral argument on this motion on Thursday, January 17, 2013. Katherine Neff and Randy Freking represented the plaintiff, who was present. Kelly Schoening, Bob Hoffer, and Katie Cassidy represented the defendant. Lisa Blank, representative of defendant, was also present. Official court reporter Joan Averdick recorded the proceedings.

Having heard the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1) Defendant's motion for summary judgment (Doc. 24) be, and is hereby, **TAKEN UNDER SUBMISSION**; and

(2) Plaintiff may file a supplemental brief on the issues discussed during this hearing **on or before Friday, January 25,**

**2013,** and defendant may file a response thereto **within seven (7) days**.

This 18th day of January, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge

TIC: 24 min.