UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Civil Minutes - General

**Cov. Cv. 11-165-WOB-JGW**                                                                                      **01/17/2013**

**ROBERT LEHMAN V. ST. ELIZABETH HEALTHCARE**

DOCKET ENTRY: Proceedings held as noted.  Separate order was issued

PRESENT: **WILLIAM O. BERTELSMAN, U.S. DISTRICT JUDGE**

**Joan Averdick**
Court Reporter

Plaintiff Robert Lehman present.

**Katherine Neff,  Randy Freking**
ATTORNEYS FOR PLAINTIFF

**Kelly Schoening, Bob Hoffer, Katie Cassidy**
ATTORNEYS FOR DEFENDANT

Lisa Blank, Representative of Defendant present.

PROCEEDINGS:     ORAL ARGUMENT

cc: COR                                                                                    Deputy Clerk Init. **ted**

TIC: 24  mins.