

John S. Dubis, Executive Vice President
and Chief Operating Officer

November 1, 2010

Robert W. Lehman
5890 Calmhaven Drive
Cincinnati, Ohio 45248

Dear Bob,

I very much appreciated meeting with you on October 29 to discuss your reasons regarding being terminated from employment at St. Elizabeth Healthcare. I have considered your comments and the information provided to me from your managers at length but, unfortunately, I have come to the conclusion that your termination from St. Elizabeth was appropriate, thereby, I am denying your appeal request.

I know this decision is not what you were looking for, Bob, but I do wish you well in your future endeavors.

Sincerely yours,

John S. Dubis
Executive Vice President and Chief Operating Officer

cc: Martin Oscadal, Senior Vice President – Human Resources
Doug Chambers, Senior Vice President – Facility Services
Michael Kraft, Director - Security

Dubis
EXHIBIT NO. 1
AMS DEPO
513-941-9464

SEMC 0301

better together | www.stelizabeth.com

ST. ELIZABETH | COVINGTON
1500 James Simpson, Jr. Way
Covington, KY 41011
P: 859.655.8800

ST. ELIZABETH | EDGEWOOD
1 Medical Village
Edgewood, KY 41017
P: 859.301.2000

ST. ELIZABETH | FALMOUTH
512 South Maple Avenue
Falmouth, KY 41040
P: 859.572.3500

ST. ELIZABETH | FLORENCE
4900 Houston Road
Florence, KY 41042
P: 859.212.5200

ST. ELIZABETH | FT. THOMAS
85 North Grand Avenue
Ft. Thomas, KY 41075
P: 859.572.3100

ST. ELIZABETH | GRANT
238 Barnes Road
Williamstown, KY 41097
P: 859.824.8240

**EXHIBIT 1**