## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
#### NORTHERN DIVISION
#### AT COVINGTON

CIVIL ACTION NO. 2011-165 (WOB-JGW)

ROBERT LEHMAN                                    PLAINTIFF

VS.                        <u>JUDGMENT</u>

ST. ELIZABETH
HEALTHCARE                                       DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN FAVOR OF DEFENDANT ST. ELIZABETH HEALTHCARE** on all claims asserted herein. This matter is stricken from the docket of this Court.

This 1st day of April, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge