**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | | |
|---|---|---|
| ROBERT LEHMAN | : | Case No. 2:11-cv-00165 |
| | : | J. Bertelsman |
| Plaintiff, | : | Mag. J. Wehrman |
| | : | |
| vs. | : | |
| | : | |
| ST. ELIZABETH HEALTHCARE | : | **NOTICE OF APPEAL** |
| | : | |
| Defendant. | : | |

Notice is hereby given that Plaintiff Robert Lehman appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment Granting Summary Judgment in Favor of Defendant St. Elizabeth Healthcare [Doc. 52] entered on this Court's docket on April 1, 2013.

Respectfully submitted,

/s/ *Randolph H. Freking*
Randolph H. Freking (23509)
Katherine Daughtrey Neff (*Pro Hac Vice*)
Trial Attorney for Plaintiff
FREKING & BETZ, LLC
525 Vine Street, Sixth Floor
Cincinnati, Ohio  45202
Phone:  (513) 721-1975/Fax:  (513) 651-2570
randy@frekingandbetz.com
kneff@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ *Randolph H.  Freking*