Case No. 13-5589

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ROBERT LEHMAN

    Plaintiff - Appellant

v.

ST. ELIZABETH HEALTHCARE

    Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,**
                                        **RULES OF THE SIXTH CIRCUIT**
                                        Deborah S. Hunt, Clerk

Issued: August 23, 2013