# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 23, 2013

Mr. Randolph H Freking
525 Vine Street
Cincinnati, OH 45202

Mr. Robert M. Hoffer
207 Thomas More Parkway
Crestview Hills, KY 410017

Ms. Katherine Daughtrey Neff
525 Vine Street
Cincinnati, OH 45202

Ms. Kelleene A. Schoening
207 Thomas More Parkway
Crestview Hills, KY 410017

Re: Case No. 13-5589, *Robert Lehman v. St. Elizabeth Healthcare*
Originating Case No. : 2:11-cv-00165

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Robert R. Carr

Enclosure

No mandate to issue